<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA
_____

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/20**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Advantage Cruises & Tours, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Travel Network of America** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **59-3695497** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | Principal place of business | Mailing address, if different from principal place of business |
| | | **4501 Mainlands Blvd. West Suite A Pinellas Park, FL 33782**<br>Number, Street, City, State & ZIP Code | **PO Box 2989 Lakeland, FL 33806-2989**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Pinellas**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.advantagecruises.net** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor     **Advantage Cruises & Tours, Inc.**                                   Case number *(if known)*
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship |
|---|---|---|
| District | When | Case number, if known |

Debtor    **Advantage Cruises & Tours, Inc.**                                    Case number (*if known*) _____
_____
Name

**11.**  **Why is the case filed in**    *Check all that apply:*
**this district?**

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.**  **Does the debtor own or**    ■ No
**have possession of any**    ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**real property or personal**
**property that needs**
**immediate attention?**
**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

Contact name    _____

Phone    _____

████  **Statistical and administrative information**

**13.**  **Debtor's estimation of**    .    *Check one:*
**available funds**

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.**  **Estimated number of**    ☐ 1-49                  ☐ 1,000-5,000            ☐ 25,001-50,000
**creditors**         ☐ 50-99                 ☐ 5001-10,000            ☐ 50,001-100,000
☐ 100-199               ☐ 10,001-25,000          ☐ More than100,000
■ 200-999

**15.**  **Estimated Assets**    ☐ $0 - $50,000               ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
■ $50,001 - $100,000          ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16.**  **Estimated liabilities**    ☐ $0 - $50,000               ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor    **Advantage Cruises & Tours, Inc.**                                    Case number (*if known*) _____
          Name

---

████    **Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 30, 2020**
               MM / DD / YYYY

**X** **/s/ Marie Emmerich** _____          **Marie Emmerich** _____
      Signature of authorized representative of debtor      Printed name

Title    **President** _____

---

**18. Signature of attorney**

**X** **/s/ Ryan N. Singleton, Esq.** _____    Date **November 30, 2020**
      Signature of attorney for debtor                          MM / DD / YYYY

**Ryan N. Singleton, Esq. 0023502**
Printed name

**Singleton Legal, PLLC**
Firm name

**425 22nd Avenue North**
**Suite D**
**Saint Petersburg, FL 33704**
Number, Street, City, State & ZIP Code

Contact phone    **727-310-9551**    Email address    **ryan@singletonlegal.com**

**0023502 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Advantage Cruises & Tours, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**November 30, 2020**__    *X* **/s/ Marie Emmerich**
                                            Signature of individual signing on behalf of debtor

                                            **Marie Emmerich**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Advantage Cruises & Tours, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*...................................................................................................    $ _____ 0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*...............................................................................................    $ _____ 83,311.06

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.................................................................................................    $ _____ 83,311.06

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____ 0.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$ _____ 686,961.53

4.   Total liabilities ...........................................................................................................................
    Lines 2 + 3a + 3b    $ _____ 686,961.53

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Advantage Cruises & Tours, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Flagship Bank** | **Checking** | 1004 | $608.44 |
| 3.2. | **Flagship Bank** | **Checking** | 2482 | $303.42 |
| 3.3. | **Flagship Bank** | **Checking** | 2507 | $897.36 |
| 3.4. | **Suntrust Bank** | **Checking** | | $32,195.33 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                               | $34,004.55 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor    **Advantage Cruises & Tours, Inc.**                                    Case number *(If known)*
_____
Name

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:        **18,478.00**  -              **0.00**  = ....        **$18,478.00**
_____
face amount                      doubtful or uncollectible accounts

11a. 90 days old or less:        **0.00**  -                  **0.00**  = ....        **Unknown**
_____
face amount                      doubtful or uncollectible accounts

11b. Over 90 days old:        **13,108.51**  -              **0.00**  =....        **$13,108.51**
_____
face amount                      doubtful or uncollectible accounts

11b. Over 90 days old:        **3,600.00**  -              **0.00**  =....        **$3,600.00**
_____
face amount                      doubtful or uncollectible accounts

11b. Over 90 days old:        **2,000.00**  -              **0.00**  =....        **$2,000.00**
_____
face amount                      doubtful or uncollectible accounts

12.    **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

|  |
|---|
| **$37,186.51** |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **Advantage Cruises & Tours, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Lanier Copier MP2553 ($3,000); 11 Desks ($4,090); 22 Chairs ($340); 5 Folding Tables ($45); 19 Phones ($2,100). 1 Fax Machine ($50); 1 Paper Folding Machine ($50); 1 High Top Table ($25); 5 Storage Files ($50); 6 Filing Cabinets ($120); Msc. Office Supplies ($300); Sofa & 3 chairs ($100); 2 Small Tables ($10); 5 Battery Backups ($100); 6 Bookshelves ($120); 9 Computers ($700); 2 Monitors ($50); 7 Metal Brochure Filing Cabinets ($70); Brochure Rolling Rack ($25); Hutch ($25); Projector & Screen ($400); Time clock & supplies ($50); 20 metal folding chairs ($150); 2 credit card merchant machines ($50); 1 check scanning machine ($50);** | **$0.00** | **Comparable sale** | **$12,120.00** |

40.　　**Office fixtures**

41.　　**Office equipment, including all computer equipment and communication systems equipment and software**

42.　　**Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.　　**Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$12,120.00** |

44.　　**Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.　　**Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　　　　Best Case Bankruptcy

Debtor   **Advantage Cruises & Tours, Inc.**                                    Case number *(If known)* _____
         _____
         Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites**<br>**www.advantagecruises.net** | **$0.00** | | **Unknown** |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations**<br>**Client/Group Leader List**<br><br>**Escot Bus Lines has expressed an interest in purchasing this list for 20% of comissions for 3 years.  The owner can be contacted at bscott@escotbuslines.com and 727-545-2088.** | **$0.00** | | **Unknown** |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10.**                                                                                      **$0.00**
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **Advantage Cruises & Tours, Inc.**                          Case number *(If known)* _____
         Name

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $34,004.55 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $37,186.51 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $12,120.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $83,311.06 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $83,311.06 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name **Advantage Cruises & Tours, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
| --- |
| Debtor name    **Advantage Cruises & Tours, Inc.** |
| United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA |
| Case number (if known)    _____ |

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
| --- | --- | --- |
| **3.1**   Nonpriority creditor's name and mailing address<br>**A Lee**<br>**24 Thatch Palm St W**<br>**Largo, FL 33770**<br><br>Date(s) debt was incurred  **2020**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer Refund**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.2**   Nonpriority creditor's name and mailing address<br>**AC & Mary Kryszcak**<br>**542 Oak Island Circle**<br>**Plant City, FL 33565**<br><br>Date(s) debt was incurred  **2020**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer Refund**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$150.00** |
| **3.3**   Nonpriority creditor's name and mailing address<br>**Al & Constance Howes**<br>**822 Coconut Palm**<br>**Largo, FL 33778**<br><br>Date(s) debt was incurred  **2020**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer Refund**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.4**   Nonpriority creditor's name and mailing address<br>**Alex & Carol Mackinla**<br>**6260 EGRET DR**<br>**Lakeland, FL 33809**<br><br>Date(s) debt was incurred  **2020**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer Refund**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      55281      Best Case Bankruptcy

| Debtor | Advantage Cruises & Tours, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address
**Alfred & Sandra Renia**
4210 Fairway Run
Tampa, FL 33618

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$858.00**

---

**3.6** | Nonpriority creditor's name and mailing address
**Allen & Trudy Goulet**
2233 Nottingham Greens Dr
Sun City Center, FL 33573

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$2,238.00**

---

**3.7** | Nonpriority creditor's name and mailing address
**Allen Larwood &**
**Chris Lanaway**
95 Theresa Ct
Buffalo, NY 14224

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8** | Nonpriority creditor's name and mailing address
**Alson & Jewel Lockes**
2127 Nantucket Dr
Sun City Center, FL 33573

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$2,238.00**

---

**3.9** | Nonpriority creditor's name and mailing address
**Althea Nye**
1001 Carpenters Way #H206
Lakeland, FL 33809

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.10** | Nonpriority creditor's name and mailing address
**Andrew & MaryJayne Fafard**
3524 97th Ave N
Pinellas Park, FL 33782

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.11** | Nonpriority creditor's name and mailing address
**Andrew & Sharon Philyaw**
110 Juniperus Dr
Safety Harbor, FL 34695

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Advantage Cruises & Tours, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Angelo & Barbara Gentile** | ☐ Contingent | |
| | **2256 Country Ridge Ln** | ☐ Unliquidated | |
| | **Spring Hill, FL 34606** | ☐ Disputed | |
| | Date(s) debt was incurred **2020** | **Basis for the claim:** **Customer Refund** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|
| | **Anita Herbert** | ☐ Contingent | |
| | **14939 Old Pointe Rd** | ☐ Unliquidated | |
| | **Tampa, FL 33613** | ☐ Disputed | |
| | Date(s) debt was incurred **2020** | **Basis for the claim:** **Customer Refund** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Anita Mattingly** | ☐ Contingent | |
| | **23 Royal Palm Circle** | ☐ Unliquidated | |
| | **Largo, FL 33778** | ☐ Disputed | |
| | Date(s) debt was incurred **2020** | **Basis for the claim:** **Customer Refund** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,539.00** |
|---|---|---|---|
| | **Ann Mickel** | ☐ Contingent | |
| | **12416 Marjory Avenue** | ☐ Unliquidated | |
| | **Tampa, FL 33612** | ☐ Disputed | |
| | Date(s) debt was incurred **2020** | **Basis for the claim:** **Customer Refund** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Anne Winchell** | ☐ Contingent | |
| | **2940 West Bay Dr # 404** | ☐ Unliquidated | |
| | **Largo, FL 33770** | ☐ Disputed | |
| | Date(s) debt was incurred **2020** | **Basis for the claim:** **Customer Refund** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Anneliese Haller** | ☐ Contingent | |
| | **44 Royal Palm Cir** | ☐ Unliquidated | |
| | **Largo, FL 33778** | ☐ Disputed | |
| | Date(s) debt was incurred **2020** | **Basis for the claim:** **Customer Refund** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Annette Donnelly** | ☐ Contingent | |
| | **7477 Willow Brook Dr** | ☐ Unliquidated | |
| | **Spring Hill, FL 34606** | ☐ Disputed | |
| | Date(s) debt was incurred **2020** | **Basis for the claim:** **Customer Refund** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Advantage Cruises & Tours, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$152.00** |
|---|---|---|---|

**Ansel & Cheryl Cowart**
**5090 Lodgewood Dr**
**Lakeland, FL 33810**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2020__

**Basis for the claim:** __Customer Refund__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,998.00** |
|---|---|---|---|

**Anthony Fernandez and**
**Carol Rodhouse**
**6465 99th Way N Apt 17B**
**Saint Petersburg, FL 33708**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2020__

**Basis for the claim:** __Customer Refund__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00** |
|---|---|---|---|

**Anthony Labarbera &**
**Antoinette Labarbera**
**406 Cathy Drive**
**Lakeland, FL 33815**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2020__

**Basis for the claim:** __Customer Refund__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$299.00** |
|---|---|---|---|

**Arlene Ankomeus**
**6410 Wedgewood Dr**
**Spring Hill, FL 34606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2020__

**Basis for the claim:** __Customer Refund__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65.00** |
|---|---|---|---|

**Arlene Wesche**
**23755 St Rte 34**
**Stryker, OH 43557**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2020__

**Basis for the claim:** __Customer Refund__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Arnold & Alice Williams**
**31 Sunrise Ct**
**Safety Harbor, FL 34695**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2020__

**Basis for the claim:** __Customer Refund__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Arnold & Margorie Grohskopf**
**97 Briarwood Place**
**Safety Harbor, FL 34695**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2020__

**Basis for the claim:** __Customer Refund__

**Last 4 digits of account number** _

_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number *(if known)* | |
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address**
**Bailey Allen**
**900 OLD COMBEE RD**
**Lot 89**
**Lakeland, FL 33805**

Date(s) debt was incurred **2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customerr Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$325.00**

---

**3.27** | **Nonpriority creditor's name and mailing address**
**Barb Griffin**
**1539 Crooked Stick Loop**
**Lakeland, FL 33801**

Date(s) debt was incurred **2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.28** | **Nonpriority creditor's name and mailing address**
**Barb McLaughlin**
**1450 Schalamar Creek Dr Lot**
**Lakeland, FL 33801**

Date(s) debt was incurred **2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.29** | **Nonpriority creditor's name and mailing address**
**Barb Sullivan**
**1630 Deverly Drive**
**Lakeland, FL 33801**

Date(s) debt was incurred **2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.30** | **Nonpriority creditor's name and mailing address**
**Barbara & Raymond Bergling**
**93 Briarwood Place**
**Safety Harbor, FL 34695**

Date(s) debt was incurred **2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.31** | **Nonpriority creditor's name and mailing address**
**Barbara Boyce**
**347 Fountainview Circle**
**Oldsmar, FL 34677**

Date(s) debt was incurred **2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$699.00**

---

**3.32** | **Nonpriority creditor's name and mailing address**
**Barbara Cochardo**
**6056 SWALLOW DR**
**Lakeland, FL 33809**

Date(s) debt was incurred **2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Barbara Hintze**
**1386 Acorn Ct**
**Dundee, IL 60118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,079.00** |
|---|---|---|---|

**Barbara Jacobs**
**14 Thatch Palm St W**
**Largo, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**Barbara Oneill**
**9128 Masters Blvd**
**Dade City, FL 33525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$537.04** |
|---|---|---|---|

**Barbara Schauer**
**970 Gershwin Dr**
**Largo, FL 33771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,999.00** |
|---|---|---|---|

**Barbara Thomas**
**1071 Donegan Rd Lot 773**
**Largo, FL 33771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$83.00** |
|---|---|---|---|

**Barbra Hintz**
**1386 Acorn Ct**
**Dundee, IL 60118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Beatrice Badanek**
**417 Brookside Lane**
**Plainfield, IN 46168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Advantage Cruises & Tours, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,998.00 |
|---|---|---|---|
| | **Benedetto Mondello and Jill**<br>**204 Mystic Falls Dr**<br>**Apollo Beach, FL 33572** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2020__ | Basis for the claim: __Customer Refund__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Benjamin & Barbara Brubaker**<br>**92 Thatch Palm St E**<br>**Largo, FL 33770** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2020__ | Basis for the claim: __Customer Refund__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|
| | **Bete Rowena**<br>**5939 SANDERLING DRIVE**<br>**Lakeland, FL 33809** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2020__ | Basis for the claim: __Customer Refund__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429.00 |
|---|---|---|---|
| | **Bette Smith**<br>**3913 Shoreside Circle**<br>**Tampa, FL 33624** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2020__ | Basis for the claim: __Customer Refund__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,999.00 |
|---|---|---|---|
| | **Betty Bowman**<br>**1071 Donegan Rd Lot 817**<br>**Largo, FL 33771** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2020__ | Basis for the claim: __Customer Refund__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|
| | **Betty Hicks**<br>**2829 Honeywell Place**<br>**Lakeland, FL 33810** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2020__ | Basis for the claim: __Customer Refund__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,498.00 |
|---|---|---|---|
| | **Beverly Lucas**<br>**11739 Lisa Halasz Lane**<br>**Thonotosassa, FL 33592** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2020__ | Basis for the claim: __Customer Refund__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Advantage Cruises & Tours, Inc.**
_____    Case number (if known) _____
Name

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Bill & Joann Linehan**
**35 Thatch Palm East**
**Largo, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Customer Refund**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Bob & Denise Konnerth**
**42 Pindo Palm St. E**
**Largo, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Customer Refund**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|

**Bonnie Campbell**
**8113 Ambersweet Pl**
**Land O Lakes, FL 34637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Customer Refund**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,539.00** |
|---|---|---|---|

**Bonnie Hart**
**525 129th Ave E, Apt. 1**
**Maderia Beach, FL 33708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Customer Refund**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,799.00** |
|---|---|---|---|

**Bonnie Warren**
**1201 8th Ave W**
**Lot G11**
**Palmetto, FL 34221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Customer Refund**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Boyde & Jan Sharpe**
**20 Brooks Rd**
**Awwews TWP**
**Ontario Canada P6A 5K7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Customer Refund**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Bruce & Barb Munroe**
**81 THATCH PALM ST W**
**Largo, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Customer Refund**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Advantage Cruises & Tours, Inc.**
_____     Case number *(if known)* _____
         Name

| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Bruce & Oleta Brown**<br>**515 Needle Palm St**<br>**Largo, FL 33778**<br><br>Date(s) debt was incurred __2020__<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Customer Refund__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Bruno Gattuso**<br>**1610 REYNOLDS RD LOT 140**<br>**Lakeland, FL 33810**<br><br>Date(s) debt was incurred __2020__<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Customer Refund__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$325.00** |

| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Camillia Naclerio**<br>**3842 Buttercup Drive**<br>**Zephyrhills, FL 33541**<br><br>Date(s) debt was incurred __2020__<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Customer Refund__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$774.00** |

| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Carl Sannes**<br>**143 W PLEASANT LAKE RD**<br>**Saint Paul, MN 55127**<br><br>Date(s) debt was incurred __2020__<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Customer Refund__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Carla Romprey**<br>**Po Box 359**<br>**Lincoln, NH 03251**<br><br>Date(s) debt was incurred __2020__<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Customer Refund__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Carol & Harry Bickford**<br>**2147 Colusa Ct**<br>**Palm Harbor, FL 34683**<br><br>Date(s) debt was incurred __2020__<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Customer Refund__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,398.00** |

| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Carol & Thomas Van Nelson**<br>**2083 Sifield Greens Way**<br>**Sun City Center, FL 33573**<br><br>Date(s) debt was incurred __2020__<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Customer Refund__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| Debtor | Advantage Cruises & Tours, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79.00**

**Carol Engel**
**20848 Eustis Rd**
**Land O Lakes, FL 34637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,238.00**

**Carol Johnson**
**Deanna Grahovac**
**1258 Corinth Greens Drive**
**Sun City Center, FL 33573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,688.99**

**Carol Keith**
**2730 Sherbrooke Ln**
**Palm Harbor, FL 34684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carol McNamee**
**2455 Finlandia LN**
**Clearwater, FL 33763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$289.00**

**Carol O' Connor**
**711 Manchester Woods Dr**
**Sun City Center, FL 33573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carol Rodrigues & Clark Wood**
**187 Clubview Dr**
**Safety Harbor, FL 34695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00**

**Carol Smith**
**12875 Vineland St**
**San Antonio, FL 33576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Advantage Cruises & Tours, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.00 |
|---|---|---|---|

**Caroline Britten**
**318 Cathy Drive**
**Lakeland, FL 33815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.00 |
|---|---|---|---|

**Carolyn Carr**
**1100 Curlew Rd Lot 123**
**Dunedin, FL 34698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,079.00 |
|---|---|---|---|

**Carolyn Hooper**
**45 Pindo Palm East**
**Largo, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $874.24 |
|---|---|---|---|

**Carroll Cockerham**
**10365 Ulmerton Road**
**Largo, FL 33771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $690.00 |
|---|---|---|---|

**Catherine & Charles Wall**
**4 Cobblestone**
**Plymouth, MA 02360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Catherine Kenney**
**13 Thatch Palm St W.**
**Largo, FL 33778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cathy Cuputo**
**8 Pindo Palm St. West**
**Largo, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Advantage Cruises & Tours, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,128.00 |
|---|---|---|---|

**Cecelia Vance**
**3303 LaHabra Court**
**Tampa, FL 33614**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cecile Pageot**
**109 Royal Palm Circle**
**Largo, FL 33778**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Celia Bowser**
**111 Pindo Palm West**
**Largo, FL 33770**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.00 |
|---|---|---|---|

**Charlene Dow**
**3463 HIGHLAND FAIRWAYS BLVD**
**Lakeland, FL 33810**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
|---|---|---|---|

**Charles & Audrey Stothers**
**303 Cathy Drive**
**Lakeland, FL 33815**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Charles & Helen Ross**
**6261 PEACOCK RUN**
**Lakeland, FL 33809**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.00 |
|---|---|---|---|

**Charles & Joanne White**
**1820 Rowley Rd**
**Williamston, MI 48895**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Advantage Cruises & Tours, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.82** 

Nonpriority creditor's name and mailing address
**Charles & Linda Boulanger**
**1505 Flamingo Ln**
**Sun City Center, FL 33573**

Date(s) debt was incurred **2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$524.00**

**3.83**

Nonpriority creditor's name and mailing address
**Charles & Lois Lloyd**
**210 Country Club Dr**
**Plant City, FL 33565**

Date(s) debt was incurred **2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

**3.84**

Nonpriority creditor's name and mailing address
**Charles & Melanie Popovich**
**4512 Alpine Drive**
**Lakeland, FL 33801**

Date(s) debt was incurred **2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

**3.85**

Nonpriority creditor's name and mailing address
**Charles & Naomie Bietau**
**3736 Golfview Dr**
**Williamston, MI 48895**

Date(s) debt was incurred **2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$172.00**

**3.86**

Nonpriority creditor's name and mailing address
**Charles & Sandy Obi**
**46 Seneca Drums Trailer Park**
**Himrod, NY 14842**

Date(s) debt was incurred **2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.87**

Nonpriority creditor's name and mailing address
**Charles Gilmette**
**7100 Ulmerton Rd**
**Largo, FL 33771**

Date(s) debt was incurred **2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.88**

Nonpriority creditor's name and mailing address
**Charles Hall &**
**Marge Taylor**
**73 Thatch Palm West**
**Largo, FL 33770**

Date(s) debt was incurred **2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Charlotte Ernest**
**521 Needle Palm St**
**Largo, FL 33778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**Charlotte Walker**
**c/o John Carter, Esq**
**9500 Koger Blvd**
**Suite 112**
**Saint Petersburg, FL 33702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,398.00** |
|---|---|---|---|

**Christie & Bruce Crain**
**1621 Brookton Green Dr**
**Sun City Center, FL 33573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christine Edens**
**1891 Cameo Way**
**Clearwater, FL 33756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,498.00** |
|---|---|---|---|

**Christine Loughlin**
**2007 Bell Ranch St**
**Brandon, FL 33511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$158.00** |
|---|---|---|---|

**Chuck & Linda Harrington**
**20941 Tangor Road**
**Land O Lakes, FL 34637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,605.49** |
|---|---|---|---|

**Claire Gorman**
**2142 Ibis Drive**
**Clearwater, FL 33764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Advantage Cruises & Tours, Inc.**
_____
         Name                                           Case number *(if known)*   _____

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,079.00 |

**Clarence Sweetman**
**58 Thatch Palm St W**
**Largo, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,158.00 |

**Clifford and Karen Cooper**
**10213 Post Harvest Dr**
**Riverview, FL 33578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $699.00 |

**Colette Newman**
**835 Mccallister Ave**
**Sun City Center, FL 33573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,164.00 |

**Connie Russell**
**2518 Bendelow Dr**
**Lakeland, FL 33810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |

**Connie Yorks**
**1963 N Oak Lane**
**State College, PA 16803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,398.00 |

**Cristofor & Stela Focsan**
**3482 Mainlands Blvd S**
**Pinellas Park, FL 33782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $706.00 |

**Cynthia Michael McCarty**
**5840 Windwood Dr**
**Lakeland, FL 33813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Advantage Cruises & Tours, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.103 | **Nonpriority creditor's name and mailing address** <br> **Dale & Dolores Phelps** <br> **1810 Danbury Drive** <br> **Sun City Center, FL 33573** <br><br> **Date(s) debt was incurred  2020** <br><br> **Last 4 digits of account number  _ ** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:  Customer Refund** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$280.00** |
| 3.104 | **Nonpriority creditor's name and mailing address** <br> **Dale & Gloria Strassner** <br> **13970 105th  Terrace** <br> **Largo, FL 33774** <br><br> **Date(s) debt was incurred  2020** <br><br> **Last 4 digits of account number  _ ** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:  Customer Refund** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.105 | **Nonpriority creditor's name and mailing address** <br> **Dale & Linda Keehl** <br> **228 Royal Palm Circle** <br> **Largo, FL 33778** <br><br> **Date(s) debt was incurred  2020** <br><br> **Last 4 digits of account number  _ ** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:  Customer Refund** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$1,140.00** |
| 3.106 | **Nonpriority creditor's name and mailing address** <br> **Dale & Lynn Adkins** <br> **3527 W STATE ROUTE 73** <br> **Willmington, OH 45117** <br><br> **Date(s) debt was incurred  2020** <br><br> **Last 4 digits of account number  _ ** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:  Customer Refund** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$170.00** |
| 3.107 | **Nonpriority creditor's name and mailing address** <br> **Dale Keehl** <br> **228 Royal Palm Circle** <br> **Largo, FL 33778** <br><br> **Date(s) debt was incurred  2020** <br><br> **Last 4 digits of account number  _ ** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:  Customer Refund** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.108 | **Nonpriority creditor's name and mailing address** <br> **Dan & Sandra Everett** <br> **4 Sabal Palm Dr** <br> **Largo, FL 33770** <br><br> **Date(s) debt was incurred  2020** <br><br> **Last 4 digits of account number  _ ** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:  Customer Refund** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.109 | **Nonpriority creditor's name and mailing address** <br> **Daniel & Mary Sivonen** <br> **43325 SUPERIOR RD** <br> **Houghton, MI 49931** <br><br> **Date(s) debt was incurred  2020** <br><br> **Last 4 digits of account number  _ ** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:  Customer Refund** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$256.00** |

| Debtor | **Advantage Cruises & Tours, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.110 | **Nonpriority creditor's name and mailing address**<br>**Danielle Van Heertum**<br>**11560 Island Lakes Ln**<br>**Boca Raton, FL 33498**<br><br>Date(s) debt was incurred  **2020**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer Refund**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$429.00** |
|---|---|---|---|

| 3.111 | **Nonpriority creditor's name and mailing address**<br>**Darlene Orvis**<br>**1100 Curlew Rd**<br>**Dunedin, FL 34698**<br><br>Date(s) debt was incurred  **2020**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer Refund**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$153.00** |
|---|---|---|---|

| 3.112 | **Nonpriority creditor's name and mailing address**<br>**Dave & Caroline Sandlin**<br>**65 Sabal Palm Dr.**<br>**Largo, FL 33770**<br><br>Date(s) debt was incurred  **2020**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer Refund**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.113 | **Nonpriority creditor's name and mailing address**<br>**David & Linda Colflesh**<br>**7412 Melogold Cir**<br>**Land O Lakes, FL 34637**<br><br>Date(s) debt was incurred  **2020**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer Refund**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$158.00** |
|---|---|---|---|

| 3.114 | **Nonpriority creditor's name and mailing address**<br>**David & Patricia Gault**<br>**697 Atlantus Terr**<br>**Sebastian, FL 32958**<br><br>Date(s) debt was incurred  **2020**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer Refund**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$1,888.00** |
|---|---|---|---|

| 3.115 | **Nonpriority creditor's name and mailing address**<br>**David & Patricia Wiesenauer**<br>**6092 SEAGULL LN**<br>**Lakeland, FL 33809**<br><br>Date(s) debt was incurred  **2020**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer Refund**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$200.00** |
|---|---|---|---|

| 3.116 | **Nonpriority creditor's name and mailing address**<br>**David & Virginia Sink**<br>**37514 Rio Lane**<br>**Zephyrhills, FL 33541**<br><br>Date(s) debt was incurred  **2020**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer Refund**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$150.00** |
|---|---|---|---|

| Debtor | Advantage Cruises & Tours, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.117** | **Nonpriority creditor's name and mailing address**

**David and Shelia Lyons**
**46 Pindo Palm St W**
**Largo, FL 33770**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

**$2,158.00**

---

**3.118** | **Nonpriority creditor's name and mailing address**

**David Silva, Marissa Silva**
**& Merlerea Silva**
**323 Kimberly Drive**
**Lakeland, FL 33815**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.119** | **Nonpriority creditor's name and mailing address**

**Dawn DePreta**
**8152 Ambersweet Pl**
**Land O Lakes, FL 34637**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

**$79.00**

---

**3.120** | **Nonpriority creditor's name and mailing address**

**Deanna Fournier**
**7117 El Rancho Way**
**Zephyrhills, FL 33541**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.121** | **Nonpriority creditor's name and mailing address**

**Deborah Affleck**
**37200 Neukom Ave**
**Zephyrhills, FL 33541**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.122** | **Nonpriority creditor's name and mailing address**

**Deborah Williams**
**7337 Cleopatra Dr**
**Land O Lakes, FL 34637**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

**$179.00**

---

**3.123** | **Nonpriority creditor's name and mailing address**

**Debra & Dennis Karch**
**211 North 10th Street**
**Elwood, IN 46036**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

**$306.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | <sub>Name</sub> | | |

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$429.00** |
|---|---|---|---|

**Debra Cellucci**
**12716 Forest St**
**Tampa, FL 33612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Denise Geisel**
**1109 Kingfish Pl**
**Apollo Beach, FL 33572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dennis & Wanda Hinklin**
**2266 Sifield Greens Way**
**Sun City Center, FL 33573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,548.00** |
|---|---|---|---|

**Dewey & Sandra Coon**
**5244 Jo St**
**Zephyrhills, FL 33542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00** |
|---|---|---|---|

**Diane Kirschner**
**9599 120th St**
**Seminole, FL 33772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Diane Smith**
**49 BRINKER RD**
**Buffalo, NY 14218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83.00** |
|---|---|---|---|

**Dianna Delph-Davis**
**71 Cape Cod Ave**
**Plymouth, MA 02360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Advantage Cruises & Tours, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.131** | Nonpriority creditor's name and mailing address

**Dixie Christensen**
**221 S Village Dr**
**West Des Moines, IA 50265**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$1,079.00**

---

**3.132** | Nonpriority creditor's name and mailing address

**Dixie Hackers**
**4232 SUPERIOR RD**
**Houghton, MI 49931**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.133** | Nonpriority creditor's name and mailing address

**Doc and Mary Ann Parisi**
**744 Caliente Dr**
**Brandon, FL 33511**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$1,398.00**

---

**3.134** | Nonpriority creditor's name and mailing address

**Don & Nancy Liesener**
**4 Frangipani Cir**
**Largo, FL 33770**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135** | Nonpriority creditor's name and mailing address

**Donald & Beverly Wienke**
**2244 Silver Lakes Dr N**
**Lakeland, FL 33810**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$312.00**

---

**3.136** | Nonpriority creditor's name and mailing address

**Donald & Margaret Connors**
**1807 Foxhill Dr**
**Lakeland, FL 33810**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$152.00**

---

**3.137** | Nonpriority creditor's name and mailing address

**Donald & Patricia Clemmens**
**7384 Blue Skies Dr**
**Spring Hill, FL 34606**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$1,014.00**

---

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.138**

**Nonpriority creditor's name and mailing address**

**Donald & Sarah Dowd**
**1422 Crooked Stick Loop**
**Lakeland, FL 33801**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.139**

**Nonpriority creditor's name and mailing address**

**Donald Whitaker**
**4356 69th Ave N**
**Pinellas Park, FL 33781**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.140**

**Nonpriority creditor's name and mailing address**

**Donna & Albert Hartin**
**114 Silver Fox Dr**
**Safety Harbor, FL 34695**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.141**

**Nonpriority creditor's name and mailing address**

**Donna & Clifford Leavitt**
**18675 US Highway 19**
**Clearwater, FL 33764**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.142**

**Nonpriority creditor's name and mailing address**

**Donna & Harold Wurtz**
**1071 Donegan Rd**
**Largo, FL 33771**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$1,215.56**

---

**3.143**

**Nonpriority creditor's name and mailing address**

**Donna Andrews**
**6268 SANDPIPER DR**
**Lakeland, FL 33809**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.144**

**Nonpriority creditor's name and mailing address**

**Donna Bieltz**
**22 Pindo Palm St W**
**Largo, FL 33770**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| Debtor | Advantage Cruises & Tours, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.145**

**Nonpriority creditor's name and mailing address**

Donna Cain
c/o John Carter, Esq
9500 Koger Blvd
Suite 112
Saint Petersburg, FL 33702

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

**$1,637.00**

---

**3.146**

**Nonpriority creditor's name and mailing address**

Donna Deans
103 Fairmont Dr.
Sault Ste Marie
Ontario Canada P6B 5Y1

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.147**

**Nonpriority creditor's name and mailing address**

Donna Lee
1225 S Highland Ave # 223
Clearwater, FL 33756

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

**$1,576.49**

---

**3.148**

**Nonpriority creditor's name and mailing address**

Donna Munz
1156 Mcdaniel St
Sun City Center, FL 33573

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.149**

**Nonpriority creditor's name and mailing address**

Doris Elarbee
4017 McKay Ave
Tampa, FL 33609

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

**$3,539.00**

---

**3.150**

**Nonpriority creditor's name and mailing address**

Doris Lambusta
2141 Ridge Rd S
Largo, FL 33778

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151**

**Nonpriority creditor's name and mailing address**

Dorothy & James Kibbe
1100 Curlew Rd
Dunedin, FL 34698

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

**$306.00**

---

Debtor    **Advantage Cruises & Tours, Inc.**                    Case number (if known) _____

Name

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,398.00 |
|---|---|---|---|

**Dorothy & Joseph Worrell**
**5335 Bernadette Dr**
**Zephyrhills, FL 33541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,611.43 |
|---|---|---|---|

**Dorothy Bowes & Jessica Slee**
**116 21st Terrace SE**
**Largo, FL 33771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dorothy Whyte**
**113 114Th Ave N**
**Saint Petersburg, FL 33716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.00 |
|---|---|---|---|

**Earl & Nancy Fitzgerald**
**1722 Foxhill Dr**
**Lakeland, FL 33810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,158.00 |
|---|---|---|---|

**Edgar and Anne Lecuyer**
**59 Royal Palm Cir**
**Largo, FL 33778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edward & Dolly Foland**
**15722 Maple Island Ct**
**Burnsville, MN 55306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.00 |
|---|---|---|---|

**Edward & Sharon Swierenga**
**7298 Rosemont Lane**
**Spring Hill, FL 34606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Advantage Cruises & Tours, Inc.**                                    Case number *(if known)* _____
                   Name

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Edward Snow &**
**Barbara Hutchins**
**39424 Sterling Dr**
**Zephyrhills, FL 33542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,079.00** |
|---|---|---|---|

**Elaine Deuerlein**
**15116 Tealrise Way**
**Lithia, FL 33547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,539.00** |
|---|---|---|---|

**Elaine Richard**
**16214 Ramblin Vine Circle W**
**Tampa, FL 33624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,225.62** |
|---|---|---|---|

**Elizabeth & Michale Carey**
**7612 Cervantes Ct**
**Springfield, VA 22153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$909.56** |
|---|---|---|---|

**Elizabeth Foley**
**3918 Harbor Heights Dr**
**Largo, FL 33774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,439.98** |
|---|---|---|---|

**Ellen Scheible**
**979 Spinnaker Ct**
**Tarpon Springs, FL 34689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Emile Laflamme**
**257 Sago Palm St**
**Largo, FL 33778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$289.00** |
|---|---|---|---|

**Emily Blackwookd**
**7100 Ulmerton Rd**
**Largo, FL 33771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**Eugenia Whitsett**
**6144 Silver Lakes Dr E**
**Lakeland, FL 33810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Evelyn Miggnella**
**11485 Oakhurst Rd 11-108**
**Largo, FL 33774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$699.00** |
|---|---|---|---|

**Evette Buinicky**
**6810 Sunnidale Dr**
**Zephyrhills, FL 33542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Faye Campbell**
**9099 Mississippi Run**
**Brooksville, FL 34613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$109,000.00** |
|---|---|---|---|

**Flagship Bank**
**1415 Wayzata Blvd. East**
**Wayzata, MN 55391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __PPP Loan__

Last 4 digits of account number __7108__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Florence & John Pasquale**
**7487 Southhampton RD**
**Spring Hill, FL 34606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Advantage Cruises & Tours, Inc.**                              Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.173 | **Nonpriority creditor's name and mailing address** | **$85.00** |

**Forrest Knapp**
**1411 Deverly Drive**
**Lakeland, FL 33801**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.174 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Fran Stutzka**
**13 Thatch Palm St E**
**Largo, FL 33770**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.175 | **Nonpriority creditor's name and mailing address** | **$85.00** |

**Francess SUTHERLAND**
**1858 CANARY CR N**
**Lakeland, FL 33809**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.176 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Francine Robinson**
**116 Fontaine Court**
**Monroe Township, NJ 08831**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.177 | **Nonpriority creditor's name and mailing address** | **$158.00** |

**Frank & Janice Lobianco**
**7126 Melogold Circle**
**Land O Lakes, FL 34637**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.178 | **Nonpriority creditor's name and mailing address** | **$172.08** |

**Frank & Rosa Martin**
**7705 Abonado RD**
**Tampa, FL 33615**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.179 | **Nonpriority creditor's name and mailing address** | **$172.00** |

**Frank & Ruth Mroczka**
**5862 Macaw Pl**
**Lakeland, FL 33809**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Advantage Cruises & Tours, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.180** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Frank & Trudy Sauri**
**14 Palm Forest Dr**
**Largo, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,158.00**

**Frank and Mary Bailey**
**1830 Winns Arthur Drive**
**Valrico, FL 33594**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

**Fred Robinette & Patsy Brown**
**5989 CRANE DR**
**Lakeland, FL 33809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$869.00**

**Freda Sterns**
**2463 Kensington Greens Dr**
**Sun City Center, FL 33573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$152.00**

**Gary & Diane Boston**
**5001 Foxwood Blvd**
**Lakeland, FL 33810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

**Gary & Sharon Lintzenich**
**686 COCKATOO LOOP**
**Lakeland, FL 33809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$153.00**

**Gary Smith**
**1100 Curlew Rd**
**Dunedin, FL 34698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Advantage Cruises & Tours, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,888.00** |
|---|---|---|---|

**Gayle & James Moore**
**1001 Carpenters Way Apt G 30**
**Lakeland, FL 33809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.00** |
|---|---|---|---|

**Gayle Freddie**
**3480 ALGONAC DRIVE SW**
**Grandville, MI 49418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$158.00** |
|---|---|---|---|

**George & Becki Clamp**
**21236 Quiet Haven Ct**
**Land O Lakes, FL 34637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$170.00** |
|---|---|---|---|

**George & Patricia Flynn**
**227 Pello Road**
**Brick, NJ 08724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,398.00** |
|---|---|---|---|

**George and Gloria Better**
**33 Honeysuckle Ct**
**Safety Harbor, FL 34695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,014.00** |
|---|---|---|---|

**Gerald & Patricia Sober**
**8022 Blue Skies Dr**
**Spring Hill, FL 34606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$325.00** |
|---|---|---|---|

**Gerald & Virginia Townsend**
**900 OLD COMBEE RD Lot 2**
**Lakeland, FL 33805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,079.00** |
|---|---|---|---|
| | **Geraldine Fink**<br>**102 Royal Palm Cir**<br>**Largo, FL 33778** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2020** | Basis for the claim:  **Customer Refund** | |
| | Last 4 digits of account number  _ _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Geri Krepela**<br>**18500 Euclid Street #214**<br>**Farmington, MN 55024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2020** | Basis for the claim:  **Customer Refund** | |
| | Last 4 digits of account number  _ _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$76.00** |
|---|---|---|---|
| | **Gertrude Labare**<br>**4930 Deerwood Dr**<br>**Lakeland, FL 33810** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2020** | Basis for the claim:  **Customer Refund** | |
| | Last 4 digits of account number  _ _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$359.00** |
|---|---|---|---|
| | **Gertrude Schroeder**<br>**1418 Willow Creek Ter**<br>**Spring Hill, FL 34606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2020** | Basis for the claim:  **Customer Refund** | |
| | Last 4 digits of account number  _ _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|
| | **Getrude Whittacker**<br>**6820 Orlo Drive**<br>**Zephyrhills, FL 33542** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2020** | Basis for the claim:  **Customer Refund** | |
| | Last 4 digits of account number  _ _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Ginny Maceachen**<br>**59 Pindo Palm St. E.,**<br>**Largo, FL 33770** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2020** | Basis for the claim:  **Customer Refund** | |
| | Last 4 digits of account number  _ _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$158.00** |
|---|---|---|---|
| | **Glenn & Sharon Dixon**<br>**7313 Cleopatra Dr**<br>**Land O Lakes, FL 34637** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2020** | Basis for the claim:  **Customer Refund** | |
| | Last 4 digits of account number  _ _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Advantage Cruises & Tours, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$79.00** |
|---|---|---|---|
| | **Gloria Finley** | ☐ Contingent | |
| | **c/o Pat Foor** | ☐ Unliquidated | |
| | **1 Pindo Palm St E** | ☐ Disputed | |
| | **Largo, FL 33770** | | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Customer Refund** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Grace Ahtila** | ☐ Contingent | |
| | **359 King Palm** | ☐ Unliquidated | |
| | **Largo, FL 33778** | ☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Customer Refund** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,110.61** |
|---|---|---|---|
| | **Great American** | ☐ Contingent | |
| | **POB 660831** | ☐ Unliquidated | |
| | **Dallas, TX 75266** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Deficiency for Returned Copier** | |
| | Last 4 digits of account number **9000** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,145.96** |
|---|---|---|---|
| | **Gwen's Elite Travel** | ☐ Contingent | |
| | **2612 Granada Circle W.** | ☐ Unliquidated | |
| | **Saint Petersburg, FL 33712** | ☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Customer Refund** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$153.00** |
|---|---|---|---|
| | **Heidi Nowers** | ☐ Contingent | |
| | **P.O. Box 48** | ☐ Unliquidated | |
| | **Westminster Station, VT 05159** | ☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Customer Refund** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Helen & Nicholas Scunziano** | ☐ Contingent | |
| | **3124 quail hollow ct** | ☐ Unliquidated | |
| | **Spring Hill, FL 34606** | ☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Customer Refund** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Helen Coar** | ☐ Contingent | |
| | **126 Silver Fox Dr** | ☐ Unliquidated | |
| | **Safety Harbor, FL 34695** | ☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Customer Refund** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,228.00** |
|---|---|---|---|

**Helen Kappeler**
**10162 Commodore Dr**
**Seminole, FL 33776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$809.56** |
|---|---|---|---|

**Helen Younskevicius**
**962 Corvette Dt**
**Largo, FL 33771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Helene Walters**
**15 Cobbler Court**
**Baltimore, MD 21208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hope Barina**
**107 Royal Palm Cir**
**Largo, FL 33778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$598.00** |
|---|---|---|---|

**Howard & Joan Montgomery**
**7348 Clearmeadow Dr**
**Spring Hill, FL 34606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,399.00** |
|---|---|---|---|

**Ibolya Petho**
**421 King Palm St**
**Largo, FL 33778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79.00** |
|---|---|---|---|

**Ingeburg Ferry**
**8450 Tarocco Ct**
**Land O Lakes, FL 34637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.215** Nonpriority creditor's name and mailing address

**Irene Engel**
**33 Thatch Palm St E**
**Largo, FL 33770**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.216** Nonpriority creditor's name and mailing address

**Irma Gaffney**
**21149 Diamonte Dr**
**Land O Lakes, FL 34637**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$79.00**

---

**3.217** Nonpriority creditor's name and mailing address

**Jack Shermond &**
**Maryann Bell**
**50 Holiday Harbor**
**Canandaigua, NY 14424**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.218** Nonpriority creditor's name and mailing address

**Jackie Benter**
**1010 American Eagle Dr.**
**Sun City Center, FL 33573**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.219** Nonpriority creditor's name and mailing address

**Jacqueline Beckley**
**3516 Cordgrass Dr**
**Valrico, FL 33596**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$1,079.00**

---

**3.220** Nonpriority creditor's name and mailing address

**Jacqueline Fairchild**
**1001 Carpenters Way #H305**
**Lakeland, FL 33809**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$945.00**

---

**3.221** Nonpriority creditor's name and mailing address

**Jacqueline Mikes**
**2291 Americus Blvd W**
**Clearwater, FL 33763**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James & Carolyn Charles**
**570 Queen Palm St**
**Largo, FL 33778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**James & Julie Van De Velde**
**4626 Devonwood Court**
**Lakeland, FL 33801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$128.00** |
|---|---|---|---|

**James & Rolene Daniels**
**1002 PLANK RD/PO BOX 96**
**Greenland, MI 49929**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**James & Sueann Pier**
**6054 CRANE DR**
**Lakeland, FL 33809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,399.00** |
|---|---|---|---|

**James Rallides**
**6510 Bendelow Dr**
**Clearwater, FL 33755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**James Schinschke**
**1622 Deverly Drive**
**Lakeland, FL 33801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,398.00** |
|---|---|---|---|

**Jane and Gerald Fedelem**
**4410 Delaware Rd**
**Fremont, MI 49412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Advantage Cruises & Tours, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,043.01** |
|---|---|---|---|

**Jane Pastva & John Morgan**
**1071 Donegan Rd lot 1174**
**Largo, FL 33771**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number  __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jane Sue Ostermann**
**6808 Applewood Drive**
**Wesley Chapel, FL 33544**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number  __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Janet & Robert Gundershaug**
**517 Rambling Creek Dr Se**
**Saint Michael, MN 55376**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number  __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Janet Roberson**
**6380 EGRET DR APT 8**
**Lakeland, FL 33809**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number  __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Janet Treadway**
**5871 CRANE DR**
**Lakeland, FL 33809**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number  __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,576.49** |
|---|---|---|---|

**Janice Snyder**
**224 Foxon Road B9**
**North Branford, CT 06471**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number  __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,398.00** |
|---|---|---|---|

**Jean & Clare Fenney**
**2246 Mayfield Palms Ln**
**Sun City Center, FL 33573**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number  __**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Advantage Cruises & Tours, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.236**

**Nonpriority creditor's name and mailing address**

**Jean Hein**
**6141 Silver Lakes Dr E**
**Lakeland, FL 33810**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.237**

**Nonpriority creditor's name and mailing address**

**Jeanne Schweickert**
**11301 BEACH TREE RD**
**Springville, NY 14141**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$325.00**

---

**3.238**

**Nonpriority creditor's name and mailing address**

**Jeannette Hartzog**
**3481 101St Ter N**
**Pinellas Park, FL 33782**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.239**

**Nonpriority creditor's name and mailing address**

**Jeannette Schmidt**
**3389 Black Street Scipio Ctr**
**Scipio Center, NY 13147**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$325.00**

---

**3.240**

**Nonpriority creditor's name and mailing address**

**Jeannie Hamilton**
**323 Kimberly Drive**
**Lakeland, FL 33815**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$65.00**

---

**3.241**

**Nonpriority creditor's name and mailing address**

**Jeffrey Morris & Vicki Skern**
**13010 114th Ave N**
**Largo, FL 33774**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.242**

**Nonpriority creditor's name and mailing address**

**Jennifer Urbanek**
**1570 Heatherhill Dr**
**Lakeland, FL 33810**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$76.00**

---

| Debtor | Advantage Cruises & Tours, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.243** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$858.00**

Jerry & Marie Gibbs
12736 Marjory Ave
Tampa, FL 33612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,398.00**

Jerry and Diana Maxwell
90 Cottagewood Dr
Safety Harbor, FL 34695

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$869.00**

Jerry Mitchell
2423 Kensington Greens Dr
Sun City Center, FL 33573

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,598.00**

Jim & Bonnie Parr
5820 Half Moon Lake Road
Tampa, FL 33625

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Jim & Kathy Gavin
c/o Pat Foor
1 Pindo Palm St E
Largo, FL 33770

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Jim Borovka
Marlene Borovka
219 9th Street
Libertyville, IL 60048

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,150.00**

Joan & Philip Phoel
6445 Pine Meadows Dr
Spring Hill, FL 34606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Joan Davis**
**131 Forest Ln**
**Safety Harbor, FL 34695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

**Basis for the claim:** __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$945.00** |
|---|---|---|---|

**Joan Freeman**
**1001 Carpenters Way #B209**
**Lakeland, FL 33809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

**Basis for the claim:** __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Joan Gaff**
**658 Sugar Palm St**
**Largo, FL 33778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

**Basis for the claim:** __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$799.00** |
|---|---|---|---|

**Joan Miles**
**8533 110Th St**
**Seminole, FL 33772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

**Basis for the claim:** __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$289.00** |
|---|---|---|---|

**Joan Solimeno**
**1118 Mcdaniel St**
**Sun City Center, FL 33573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

**Basis for the claim:** __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$289.00** |
|---|---|---|---|

**Joan Wessinger**
**2215 Sifield Greens Way**
**Sun City Center, FL 33573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

**Basis for the claim:** __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$879.00** |
|---|---|---|---|

**Joann Cochran**
**90 cottonwood Dr**
**Safety Harbor, FL 34695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

**Basis for the claim:** __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Advantage Cruises & Tours, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.257** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$499.00**

Joann Pennington
2326 Fern Place
Tampa, FL 33604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.258** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Joanne Gramley
1100 Curlew Rd Lot 33
Dunedin, FL 34698

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00**

Joe & Judith Stedronsky
37523 Rio Lane
Zephyrhills, FL 33541

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.260** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

John & Deliores Hyssong
112 Wst St
Rockport, ME 04856

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,598.00**

John & Denise Alden
402 Reavley Drive
Lamar, MO 64759

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.262** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,599.00**

John & Donna Alden
402 Really Drive
Lamar, MO 64759

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.263** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

John & Elaine Landrum
c/o Pat Foor
1 Pindo Palm St E
Largo, FL 33770

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.264** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**John & Judy Neiswander**
**1 Palm Forest Dr**
**Largo, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.265** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**John & June Tirone**
**19 Thatch Palm St. E**
**Largo, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$130.00**

**John & Lenore Carstens**
**310 Cathy Drive**
**Lakeland, FL 33815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$152.00**

**John & Margie Emily**
**4990 Foxwood Blvd**
**Lakeland, FL 33810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$325.00**

**John & Patricia Moirin**
**284 Edwards Rd**
**Wynantskill, NY 12198**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.269** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**John Bahan &**
**Gail Stott**
**62 Pindo Palm St W**
**Largo, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.270** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,069.00**

**John Pasteris**
**4256 96th Terrace N**
**Pinellas Park, FL 33782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$128.00** |
|---|---|---|---|

**Joseph & Carol Brown**
**BOX 53**
**Greenland, MI 49929**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:  Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,024.20** |
|---|---|---|---|

**Joseph & Dorothy Worrell**
**5335 Bernadette Dr**
**Zephyrhills, FL 33541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:  Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Joseph & Joanne Caputo**
**50 Palm Forest Dr**
**Largo, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:  Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$158.00** |
|---|---|---|---|

**Joseph & Joanne Robb**
**20823 Redblush Ln**
**Land O Lakes, FL 34637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:  Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Joseph Giovinco**
**2618 Gulf Blvd Unit 402**
**Indian Rocks Beach, FL 33785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:  Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Joseph Palmer**
**264 Sago Palm St**
**Largo, FL 33778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:  Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Joseph Wybierala**
**7393 Woodhollow Rd**
**Spring Hill, FL 34606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:  Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.278** | **Nonpriority creditor's name and mailing address**
Joyce Allen
21115 1St St
Land O Lakes, FL 34638

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$429.00**

---

**3.279** | **Nonpriority creditor's name and mailing address**
Joyce Smith
14913 Glasgow Ct.
Tampa, FL 33624

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$529.00**

---

**3.280** | **Nonpriority creditor's name and mailing address**
Judith & Warren Groomes
20738 Nectarine Pl
Land O Lakes, FL 34637

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.281** | **Nonpriority creditor's name and mailing address**
Judith Botts
& Thomas Schwartz
2268 Sifield Greens Way
Sun City Center, FL 33573

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.282** | **Nonpriority creditor's name and mailing address**
Judith Garduk
6587 Brambleleaf Dr
Spring Hill, FL 34606

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$641.04**

---

**3.283** | **Nonpriority creditor's name and mailing address**
Judith Graber
88 Thatch Palm St E
Largo, FL 33770

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$974.24**

---

**3.284** | **Nonpriority creditor's name and mailing address**
Judith Hardy
515 Oakhurst St
Brandon, FL 33511

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$429.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | Advantage Cruises & Tours, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.285** | **Nonpriority creditor's name and mailing address**
Judith McHenry
20808 Jaffa Lane
Land O Lakes, FL 34637

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*           **$100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286** | **Nonpriority creditor's name and mailing address**
Judith Olson
980 7th St NW Lot 30
Largo, FL 33770

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*           **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** | **Nonpriority creditor's name and mailing address**
Judith Phillips & Judy Wilde
3478 MOURNING DOVE LN
Richmond, MI 48062

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*           **$170.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288** | **Nonpriority creditor's name and mailing address**
Judith Reardon
1701 Farmington Ave
Unionville, CT 06085

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*           **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289** | **Nonpriority creditor's name and mailing address**
Judith Verbke
1939 PRAIRIE DUNES CIRCLE N
Lakeland, FL 33810

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*           **$325.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.290** | **Nonpriority creditor's name and mailing address**
Judy Beach
6344 Cty Hwy 18
West Winfield, NY 13491

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*           **$65.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.291** | **Nonpriority creditor's name and mailing address**
Judy Schmidt
1010 American Eagle Blvd
Sun City Center, FL 33573

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*           **$839.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Advantage Cruises & Tours, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Junior & Betty Bates**
**14454 - 19 Mile Road**
**Leroy, MI 49655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,238.00 |
|---|---|---|---|

**Karen & Bruce Lippens**
**2331 Nottingham Greens Dr**
**Sun City Center, FL 33573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Karen and Daniel Gehle**
**1515 SE 43 Place**
**Topeka, KS 66609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $874.24 |
|---|---|---|---|

**Karin Hanke**
**23 Palm Forest East**
**Largo, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Katherine Daley**
**1512 Winding Way W**
**Clearwater, FL 33764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,138.00 |
|---|---|---|---|

**Kathleen and Robert Duckro**
**9950 37Th Way N**
**Pinellas Park, FL 33782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Kathleen Murray**
**1011 Woodside Ave**
**Clearwater, FL 33756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number (*if known*) | |
|--------|--------|--------|--------|
| | Name | | |

---

**3.299** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79.00**

Kathleen Siefer
1150 Dartford Dr
Tarpon Springs, FL 34688

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2020_

**Basis for the claim:** __Customer Refund__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,888.00**

Kathryn & Lynn Harrison
1001 Carpenters Way #G108
Lakeland, FL 33809

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2020_

**Basis for the claim:** __Customer Refund__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Kathryn Grant
83 Pindo Palm St W
Largo, FL 33770

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2020_

**Basis for the claim:** __Customer Refund__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.302** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Kathryn Morse
20808 Jaffa Ln
Land O Lakes, FL 34637

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2020_

**Basis for the claim:** __Customer Refund__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Kathy Sweetman
58 Thatch Palm St W
Largo, FL 33770

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2020_

**Basis for the claim:** __Customer Refund__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.304** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,456.00**

Kay & Robert Murray
1512 High Knoll Dr
Brandon, FL 33511

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2020_

**Basis for the claim:** __Customer Refund__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.305** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Kay Lee
108 N Pine St
Washington, IL 61571

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2020_

**Basis for the claim:** __Customer Refund__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kenneth & Patricia Daves**
**2469 Woodcliff Trl**
**Hartland, MI 48353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$185.00** |
|---|---|---|---|

**Kenneth Pierce**
**6003 SEAGULL LN**
**Lakeland, FL 33809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$208.00** |
|---|---|---|---|

**Kevin, Cynthia & Tiana Fox**
**8500 Ulmerton Rd, Lot 417**
**Largo, FL 33771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$332.00** |
|---|---|---|---|

**Kevin, Jacob, Kevin,**
**& Tonya Saylor**
**5 Ray Road**
**Plymouth, MA 02360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$152.00** |
|---|---|---|---|

**Lane Trefftzs & Doris Ryan**
**3748 53rd St**
**Moline, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,158.00** |
|---|---|---|---|

**Laura and Ron Loiselle**
**87 Royal Palm Circle**
**Largo, FL 33778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$79.00** |
|---|---|---|---|

**Laure Taylor**
**8129 Ponkan Rd**
**Land O Lakes, FL 34637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Advantage Cruises & Tours, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.313 | **Nonpriority creditor's name and mailing address**<br>**Lauretta Wilson**<br>**19029 US 19 N # 14F**<br>**Clearwater, FL 33764** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | **Date(s) debt was incurred  2020** | **Basis for the claim:  Customer Refund** | |
| | **Last 4 digits of account number  __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.314 | **Nonpriority creditor's name and mailing address**<br>**Lawrence & Nancy Stultz**<br>**328 Sago Palm Street**<br>**Largo, FL 33778** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,748.20** |
|---|---|---|---|
| | **Date(s) debt was incurred  2020** | **Basis for the claim:  Customer Refund** | |
| | **Last 4 digits of account number  __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.315 | **Nonpriority creditor's name and mailing address**<br>**Leah Hause**<br>**1130 Woodcrest Ave**<br>**Clearwater, FL 33756** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | **Date(s) debt was incurred  2020** | **Basis for the claim:  Customer Refund** | |
| | **Last 4 digits of account number  __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.316 | **Nonpriority creditor's name and mailing address**<br>**Leroy & Sandy Howe**<br>**88 Royal Palm Cir**<br>**Largo, FL 33778** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | **Date(s) debt was incurred  2020** | **Basis for the claim:  Customer Refund** | |
| | **Last 4 digits of account number  __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.317 | **Nonpriority creditor's name and mailing address**<br>**Lewis Morse**<br>**1610 REYNOLDS RD LOT 39**<br>**Lakeland, FL 33801** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$325.00** |
|---|---|---|---|
| | **Date(s) debt was incurred  2020** | **Basis for the claim:  Customer Refund** | |
| | **Last 4 digits of account number  __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.318 | **Nonpriority creditor's name and mailing address**<br>**Lillian Van Dyk**<br>**6785 Erin Circle**<br>**Zephyrhills, FL 33542** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$75.00** |
|---|---|---|---|
| | **Date(s) debt was incurred  2020** | **Basis for the claim:  Customer Refund** | |
| | **Last 4 digits of account number  __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.319 | **Nonpriority creditor's name and mailing address**<br>**Linda & Donald Bessignano**<br>**2317 Nottingham Greens Dr**<br>**Sun City Center, FL 33573** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,238.00** |
|---|---|---|---|
| | **Date(s) debt was incurred  2020** | **Basis for the claim:  Customer Refund** | |
| | **Last 4 digits of account number  __** | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Advantage Cruises & Tours, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.320** | Nonpriority creditor's name and mailing address
**Linda Baker**
86 Thatch Palm St E
Largo, FL 33770

Date(s) debt was incurred __2020__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

$974.24

---

**3.321** | Nonpriority creditor's name and mailing address
**Linda Bartol**
35520 Wintersweet Lane
Zephyrhills, FL 33541

Date(s) debt was incurred __2020__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

**3.322** | Nonpriority creditor's name and mailing address
**Linda Cobo**
508 Bernice Blvd
Tarpon Springs, FL 34689

Date(s) debt was incurred __2020__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

$1,439.98

---

**3.323** | Nonpriority creditor's name and mailing address
**Linda Kohnem**
1100 Curlew Rd, Lot 147
Dunedin, FL 34698

Date(s) debt was incurred __2020__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

$153.00

---

**3.324** | Nonpriority creditor's name and mailing address
**Linda Mills**
405 Lake Point Ct
Sun City Center, FL 33573

Date(s) debt was incurred __2020__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.325** | Nonpriority creditor's name and mailing address
**Linda Morse**
1610 REYNOLDS RD LOT 39
Lakeland, FL 33801

Date(s) debt was incurred __2020__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

$325.00

---

**3.326** | Nonpriority creditor's name and mailing address
**Linda Riegger**
500 Church Road
Palmetto, FL 34221

Date(s) debt was incurred __2020__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

$507.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.327** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,152.98**

**Linda Roe &**
**Helen Irwin-Cuttler**
**11201 122nd Ave N #235**
**Largo, FL 33778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.328** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Linda Rontey**
**1664 S Lake Ave #2**
**Clearwater, FL 33756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.329** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Linda Sickafoose**
**70 Palm Forest Dr**
**Largo, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.330** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Linda Smith**
**107 Caldwell Dr Apt 295**
**Brandon, FL 33510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.331** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,539.00**

**Linda Tennington**
**12701 93rd St N**
**Largo, FL 33773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.332** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$732.48**

**Lois & Ronnie DeHart**
**10202 S Lake Dr**
**Largo, FL 33773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.333** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

**Lois Greer**
**6229 PEACOCK RUN**
**Lakeland, FL 33809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lois Heisdorf & Jennifer Ann**
**189 Clubview Dr**
**Safety Harbor, FL 34695**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lois Vollmer**
**715 Sugar Palm St**
**Largo, FL 33778**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,931.00** |
|---|---|---|---|

**Lolly Hackros**
**4323 SUPERIOR RD**
**Houghton, MI 49931**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Londa Owens**
**8156 Sanguinell Rd**
**Land O Lakes, FL 34637**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,570.49** |
|---|---|---|---|

**Lorie Barcus**
**5312 Mapleridge Drive**
**Columbus, OH 43232**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$325.00** |
|---|---|---|---|

**Lorraine Harrison**
**424 FALCON CREST**
**Plant City, FL 33565**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,158.00** |
|---|---|---|---|

**Louis and Donna Bodie**
**1773 Fox Hill Dr**
**Lakeland, FL 33810**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$910.16** |
|---|---|---|---|

**Louise Gawrys**
**44 French Oaks Lane**
**East Amherst, NY 14051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$945.00** |
|---|---|---|---|

**Lucille Prichard**
**1001 Carpenters Way #A218**
**Lakeland, FL 33809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,398.00** |
|---|---|---|---|

**Lucinda and Leroy Judy**
**3932 Ranger Parkway**
**Zephyrhills, FL 33541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$507.00** |
|---|---|---|---|

**Lynda Kolling**
**330 Green Manor Dr**
**Sun City Center, FL 33573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$79.00** |
|---|---|---|---|

**Lynn Fleming**
**21018 Diamonte Dr**
**Land O Lakes, FL 34637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,238.00** |
|---|---|---|---|

**Manfred & Dorothy Rietenbach**
**1650 Glengarry Dr**
**Palm Harbor, FL 34684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Margaret Andrews**
**8221 Ponkan Rd**
**Land O Lakes, FL 34637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$217.00** |
|---|---|---|---|

**Margaret Davis**
**20749 Diamonte Dr**
**Land O Lakes, FL 34637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$76.00** |
|---|---|---|---|

**Margaret Floeckher**
**5010 Foxwood Blvd**
**Lakeland, FL 33810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Margaret Hedden**
**9 Sabal Palm Dr**
**Largo, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$153.00** |
|---|---|---|---|

**Margaret Nowers**
**1100 Curlew Rd**
**Dunedin, FL 34698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Margaret Palmer**
**112 Washington Ave**
**Groton, NY 13073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Margaret Rivers**
**c/o John Carter, Esq**
**9500 Koger Blvd**
**Suite 112**
**Saint Petersburg, FL 33702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Maria Ptyza**
**3736 Bubba Drive**
**Zephyrhills, FL 33541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Advantage Cruises & Tours, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maria Zawilski**
**1549 Power Ridge Ct**
**Palm Harbor, FL 34683**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _ _

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.00 |
|---|---|---|---|

**Marie Busch**
**8874 County RD P**
**Stryker, OH 43557**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _ _

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|

**Marie Liska**
**1626 Darrington Lane**
**Lakeland, FL 33801**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _ _

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,605.49 |
|---|---|---|---|

**Marie Markel**
**2100 13th Ave SW**
**Largo, FL 33770**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _ _

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $988.00 |
|---|---|---|---|

**Marie Nelson**
**818 Manchester Woods dr**
**Sun City Center, FL 33573**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _ _

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,570.49 |
|---|---|---|---|

**Marilyn Barcus**
**1610 Jeffords St**
**Clearwater, FL 33756**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _ _

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86.00 |
|---|---|---|---|

**Marilyn Ebbers**
**5625 Mallard Dr**
**Lakeland, FL 33809**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _ _

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Advantage Cruises & Tours, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$499.00** |
|---|---|---|---|

**Marilyn Holmes**
**2909 W. Barcelona St**
**Tampa, FL 33629**

Date(s) debt was incurred __2020__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer Refund__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**Marion Archer**
**35116 Mccullough S Loop**
**Zephyrhills, FL 33541**

Date(s) debt was incurred __2020__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer Refund__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Marion Hagen**
**67 Thatch Palm St E**
**Largo, FL 33770**

Date(s) debt was incurred __2020__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer Refund__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,398.00** |
|---|---|---|---|

**Marisol Rhyne & Ruth Quinone**
**1101 South Arlington Ridge R**
**Arlington, VA 22202**

Date(s) debt was incurred __2020__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer Refund__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$879.00** |
|---|---|---|---|

**Marjorie Grant**
**8322 Bahia Ave**
**Tampa, FL 33619**

Date(s) debt was incurred __2020__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer Refund__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$158.00** |
|---|---|---|---|

**Mark & Cynthia Stephens**
**7521 Melogold Cir**
**Land O Lakes, FL 34637**

Date(s) debt was incurred __2020__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer Refund__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mark & Roxanne Moses**
**773 Royal Palm Cir**
**Largo, FL 33778**

Date(s) debt was incurred __2020__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer Refund__

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Marsha Leonard**
**3075 S. Hilton Park Rd**
**Fruitport, MI 49415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,936.65** |
|---|---|---|---|

**Martin & Sylvia Katz**
**4639 Landscape Dr**
**Tampa, FL 33624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$85.00** |
|---|---|---|---|

**Marty Hoover**
**7821 Westwood Rd**
**Findlay, OH 45840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mary & Robert Sedotti**
**2307 Grandfather mnt**
**Spring Hill, FL 34606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mary Ann Parisi**
**744 Caliente Dr**
**Brandon, FL 33511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$289.00** |
|---|---|---|---|

**Mary Anna Johansen**
**2617 Locksley St**
**Sun City Center, FL 33573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mary Ellen Cole**
**36 Palm Forest Dr**
**Largo, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Advantage Cruises & Tours, Inc.**                          Case number (if known) _____
_____
        Name

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$641.04** |
|---|---|---|---|

**Mary Ellen Levy**
**7346 Woodhollow Rd**
**Spring Hill, FL 34606**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Last 4 digits of account number __

Basis for the claim:  __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$76.00** |
|---|---|---|---|

**Mary Harness**
**5026 Lodgewood Dr**
**Lakeland, FL 33810**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Last 4 digits of account number __

Basis for the claim:  __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.00** |
|---|---|---|---|

**Mary Huizen**
**3480 ALGONIC DRIVE SW**
**Grandville, MI 49418**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Last 4 digits of account number __

Basis for the claim:  __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mary Kai Bailey-Quaid**
**33111 Hwy 300**
**Roland, AR 72135**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Last 4 digits of account number __

Basis for the claim:  __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$699.00** |
|---|---|---|---|

**Mary Lalonde**
**1204 Corinth Greens Dr**
**Sun City Center, FL 33573**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Last 4 digits of account number __

Basis for the claim:  __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mary Ronan**
**161 Cottontail Ct**
**Safety Harbor, FL 34695**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Last 4 digits of account number __

Basis for the claim:  __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mary Roth**
**64 Thatch Palm St E**
**Largo, FL 33770**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Last 4 digits of account number __

Basis for the claim:  __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$325.00** |
|---|---|---|---|

**Mary Wilson**
**619 PINE RIDGE DR**
**Lakeland, FL 33810**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**Maryann Knoblauch**
**3115 Huntington Lane**
**Lakeland, FL 33810**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,838.00** |
|---|---|---|---|

**Maureen Onouju**
**c/o John Carter, Esq**
**9500 Koger Blvd**
**Suite 112**
**Saint Petersburg, FL 33702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,676.49** |
|---|---|---|---|

**Maureen Terzo**
**11485 Oakhurst Rd 11-107**
**Largo, FL 33774**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Maxine Brown**
**500 North Osceola Ave**
**Clearwater, FL 33755**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$429.00** |
|---|---|---|---|

**Maxine Law**
**3812 Perdew**
**Land O Lakes, FL 34638**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$706.00** |
|---|---|---|---|

**Michael & Cynthia McCarty**
**5840 Windwood Dr**
**Lakeland, FL 33813**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,238.00** |
|---|---|---|---|

**Michael & Ellie Whiteman**
**2247 Nottingham Greens Dr**
**Sun City Center, FL 33573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim: Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,014.00** |
|---|---|---|---|

**Michael & Karen Czerna**
**2264 Country Ridge Lane**
**Spring Hill, FL 34606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim: Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Reed Bailey**
**16515 Wayne Street**
**Union, MI 49130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim: Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michele Carter-Martin**
**29-300 Franmor Drive**
**Peterbough, ON**
**K9H 7R1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim: Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Mike & Pat Matsko**
**50 Pleasant Circle**
**Plant City, FL 33565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim: Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Millie Lawler**
**47 Pindo Palm St E**
**Largo, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim: Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Ms. Guertson**
**1539 Crooked Stick Loop**
**Lakeland, FL 33801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim: Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.397** | **Nonpriority creditor's name and mailing address**
Nadine Nelsen
132 Forest LN
Safety Harbor, FL 34695

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.398** | **Nonpriority creditor's name and mailing address**
Nancy Brown
4368 Noth Landmark Drive
Orlando, FL 32817

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.399** | **Nonpriority creditor's name and mailing address**
Nancy George
1215 Lois Lane
Saint Johns, MI 48879

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$65.00**

---

**3.400** | **Nonpriority creditor's name and mailing address**
Nancy Goodwin
2706 Brianholly Dr
Valrico, FL 33596

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$1,079.00**

---

**3.401** | **Nonpriority creditor's name and mailing address**
Nancy Kinney
11945 143rd St
Largo, FL 33774

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$289.00**

---

**3.402** | **Nonpriority creditor's name and mailing address**
Nancy Liesener
4 Frangipani Circle
Largo, FL 33770

Date(s) debt was incurred **200**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.403** | **Nonpriority creditor's name and mailing address**
Nancy Olinger
27 Palm Forest Dr
Largo, FL 33770

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor  **Advantage Cruises & Tours, Inc.**                     Case number (if known) _____
_____
        Name

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,128.00** |
|---|---|---|---|

**Nancy Reid**
**4410 Willowrun Ln**
**Tampa, FL 33624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$507.00** |
|---|---|---|---|

**Natalie Arnold**
**2815 Lincoln Dr**
**Clarksville, IN 47129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nicolo & Marie Titolo**
**7272 Blue Skies Dr**
**Spring Hill, FL 34606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Nina  Entrekin**
**21205 Diamonte Dr**
**Land O Lakes, FL 34637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$79.00** |
|---|---|---|---|

**Nina Entrekin**
**21205 Diamonte Dr**
**Land O Lakes, FL 34637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$429.00** |
|---|---|---|---|

**Noreen Scios**
**4305 Waterford Landing Dr**
**Lutz, FL 33558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$945.00** |
|---|---|---|---|

**Norma Miller**
**1001 Carpenters Way #K302**
**Lakeland, FL 33809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,079.00** |
|---|---|---|---|

**Norma Voisine**
**702 Kingswood Pl**
**Brandon, FL 33511**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$130.00** |
|---|---|---|---|

**Norman & Joyce Passig**
**1106 Wisconsin Ave**
**Mendota, IL 61342**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**Norman & Nancy Davis**
**106 Rockwood Estates**
**West Gardiner, ME 04345**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$180.00** |
|---|---|---|---|

**Norman Stone**
**3021 Countryside Blvd**
**Clearwater, FL 33761**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$650.00** |
|---|---|---|---|

**Pamela & Daniel Grifka**
**3107 HUNTINGTON HILLS DR**
**Lakeland, FL 33810**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Pamela Weber**
**860 Heather Ct**
**Antioch, IL 60002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$152.00** |
|---|---|---|---|

**Pat & John Novak**
**5014 Foxcliff Dr**
**Lakeland, FL 33810**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Advantage Cruises & Tours, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.418** | Nonpriority creditor's name and mailing address
Pat Auman
4200 Meadow Hill Drive
Tampa, FL 33618

Date(s) debt was incurred **2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$429.00**

---

**3.419** | Nonpriority creditor's name and mailing address
Pat Boufford
2 Pindo Palm St E
Largo, FL 33770

Date(s) debt was incurred **2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.420** | Nonpriority creditor's name and mailing address
Pat Leone
c/o Pat Foor
1 Pindo Palm St E
Largo, FL 33770

Date(s) debt was incurred **2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.421** | Nonpriority creditor's name and mailing address
Pat Needham
106 Royal Palm Circle
Largo, FL 33778

Date(s) debt was incurred **2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.422** | Nonpriority creditor's name and mailing address
Patricia Ammendola
7393 Woodhollow Rd
Spring Hill, FL 34606

Date(s) debt was incurred **2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$886.48**

---

**3.423** | Nonpriority creditor's name and mailing address
Patricia Gileland
1100 Curlew Rd Lot 136
Dunedin, FL 34698

Date(s) debt was incurred **2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$153.00**

---

**3.424** | Nonpriority creditor's name and mailing address
Patricia Killoy
21205 Diamonte Dr
Land O Lakes, FL 34637

Date(s) debt was incurred **2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$179.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Advantage Cruises & Tours, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.425** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$699.00**

**Patricia Leong**
**11554 Dover Ct.**
**Safety Harbor, FL 34695**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.426** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.00**

**Patricia Maclellan**
**6850 Bendelow Dr**
**Lakeland, FL 33810**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.427** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.06**

**Patricia McGillin**
**1641 S Lake Ave**
**Clearwater, FL 33756**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.428** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,398.00**

**Patricia Rahn & Charles Mark**
**35035 Jade Drive**
**Zephyrhills, FL 33541**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.429** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,270.96**

**Patricia Reed &**
**Delores Boradney**
**c/o John Carter, Esq**
**9500 Koger Blvd, Suite 112**
**Saint Petersburg, FL 33702**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.430** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$79.00**

**Patricia Walsh**
**20814 Nectarine Place**
**Land O Lakes, FL 34637**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.431** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,207.32**

**Paul & Barbara Myles**
**271 Sago Palm**
**Largo, FL 33778**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Advantage Cruises & Tours, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.432** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00**

Paul & Charlene Shively
12645 Morning Drive Lot 158
Dade City, FL 33525

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.433** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00**

Paul Cahill
1610 REYNOLDS RD LT 177
Lakeland, FL 33801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.434** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,631.12**

Paul Kueber
2221 Fir Lane Court
Clearwater, FL 33763

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.435** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,998.00**

Paula and Joe Brando
6705 Oak Cluster Circle
Spring Hill, FL 34606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.436** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00**

Paula Rind
7219 Naranja St
Zephyrhills, FL 33541

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.437** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00**

Pauline Lambert
9546 Front Nine Lane
Dade City, FL 33525

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.438** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$325.00**

Peggy Herfel
2149 MISSSION HILLS DRIVE
Lakeland, FL 33810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$815.56** |
|---|---|---|---|

**Peggy Sliger**
**1642 S Lake Ave**
**Clearwater, FL 33756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred　**2020**

Last 4 digits of account number　_

Basis for the claim:　**Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Peter & Joan Dougall**
**601 Queen Palm**
**Largo, FL 33778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred　**2020**

Last 4 digits of account number　_

Basis for the claim:　**Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$153.00** |
|---|---|---|---|

**Phillip Hanood**
**1100 Curlew Rd**
**Dunedin, FL 34698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred　**2020**

Last 4 digits of account number　_

Basis for the claim:　**Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$429.00** |
|---|---|---|---|

**Phyllis Lamb**
**10006 N 25th St**
**Tampa, FL 33612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred　**2020**

Last 4 digits of account number　_

Basis for the claim:　**Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$65.00** |
|---|---|---|---|

**Phyllis Markel**
**206 S Lapeer**
**Standish, MI 48658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred　**2020**

Last 4 digits of account number　_

Basis for the claim:　**Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$299.00** |
|---|---|---|---|

**Phyllis Olsson**
**6406 Wedgewood Dr**
**Spring Hill, FL 34606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred　**2020**

Last 4 digits of account number　_

Basis for the claim:　**Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Phyllis Wierzbowski**
**85 Hickory Branch Ln**
**Safety Harbor, FL 34695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred　**2020**

Last 4 digits of account number　_

Basis for the claim:　**Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Advantage Cruises & Tours, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.446** | Nonpriority creditor's name and mailing address

**Ramona Miller**
**95 Briarwood Place**
**Safety Harbor, FL 34695**

Date(s) debt was incurred  **2020**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$699.00**

---

**3.447** | Nonpriority creditor's name and mailing address

**Raymond & Solange Bertrand**
**900 OLD COMBEE RD**
**Lot 190**
**Lakeland, FL 33805**

Date(s) debt was incurred  **2020**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$325.00**

---

**3.448** | Nonpriority creditor's name and mailing address

**Raymond Lynott &**
**Charlotte Blake**
**2629 Blue Ridge Circle**
**Spring Hill, FL 34606**

Date(s) debt was incurred  **2020**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$1,014.00**

---

**3.449** | Nonpriority creditor's name and mailing address

**Regina Bryant**
**4731 CASSANDRA LANE**
**Lakeland, FL 33810**

Date(s) debt was incurred  **2020**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$325.00**

---

**3.450** | Nonpriority creditor's name and mailing address

**Renete Brauchler**
**60 Ryal Palm Circle**
**Largo, FL 33778**

Date(s) debt was incurred  **2020**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.451** | Nonpriority creditor's name and mailing address

**Richard & Denisse Daw**
**363 King Palm St**
**Largo, FL 33778**

Date(s) debt was incurred  **2020**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.452** | Nonpriority creditor's name and mailing address

**Richard & Mariann Viel**
**4103 Silverado Dr**
**Liverpool, NY 13090**

Date(s) debt was incurred  **2020**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Advantage Cruises & Tours, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.453 | **Nonpriority creditor's name and mailing address**<br>**Richard & Marie Gagne**<br>**11 Old Elm St**<br>**Bellingham, MA 02019**<br><br>Date(s) debt was incurred **2020**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer Refund**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| | | | |
|---|---|---|---|
| 3.454 | **Nonpriority creditor's name and mailing address**<br>**Richard & Nancy Cross**<br>**580 GRAND LEDGE HWY**<br>**Grand Ledge, MI 48837**<br><br>Date(s) debt was incurred **2020**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer Refund**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$650.00** |

| | | | |
|---|---|---|---|
| 3.455 | **Nonpriority creditor's name and mailing address**<br>**Richard and Elizabeth Raucci**<br>**6372 Rookery Cir**<br>**Bradenton, FL 34203**<br><br>Date(s) debt was incurred **2020**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer Refund**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,398.00** |

| | | | |
|---|---|---|---|
| 3.456 | **Nonpriority creditor's name and mailing address**<br>**Richard Bryant**<br>**4731 CASSANDRA LANE**<br>**Lakeland, FL 33809-3716**<br><br>Date(s) debt was incurred **2020**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer Refund**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$325.00** |

| | | | |
|---|---|---|---|
| 3.457 | **Nonpriority creditor's name and mailing address**<br>**Richard Gosselin**<br>**25 Keewaydin Dr**<br>**Alton Bay, NH 03810**<br><br>Date(s) debt was incurred **2020**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer Refund**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| | | | |
|---|---|---|---|
| 3.458 | **Nonpriority creditor's name and mailing address**<br>**Rita Ercoli**<br>**1610 REYNOLDS RD LOT 140**<br>**Lakeland, FL 33810**<br><br>Date(s) debt was incurred **2020**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer Refund**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$325.00** |

| | | | |
|---|---|---|---|
| 3.459 | **Nonpriority creditor's name and mailing address**<br>**Robert & Barbara Gault**<br>**1001 Carpenters Way**<br>**Apt. J-320**<br>**Lakeland, FL 33809**<br><br>Date(s) debt was incurred **2020**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer Refund**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| Debtor | **Advantage Cruises & Tours, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00** |
|---|---|---|---|

**Robert & Cheryl Lamb**
**525 Armstrong Rd**
**West Winfield, NY 13491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert & Eileen Pfohl**
**672 Sugar Palm St.**
**Largo, FL 33778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00** |
|---|---|---|---|

**Robert & Karla Howser**
**212 SMITH ST**
**East Tawas, MI 48730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$158.00** |
|---|---|---|---|

**Robert & Mary Rice**
**7615 Kinnow Ct**
**Land O Lakes, FL 34637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,087.50** |
|---|---|---|---|

**Robert & Patricia Foor**
**1 Pindo Palm St E**
**Largo, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
|---|---|---|---|

**Robert & Sally Beach**
**617 Queen Palm**
**Largo, FL 33778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Robert & Tina Sammartino**
**2890 Long Bow Way**
**Odessa, FL 33556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Advantage Cruises & Tours, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.467 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,014.00** |
| | **Robert & Virginia Mue;;er**<br>**8041 Green Pines Tea**<br>**Spring Hill, FL 34606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  2020** | **Basis for the claim:  Customer Refund** | |
| | **Last 4 digits of account number  __** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.468 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,398.00** |
| | **Robert and Marsha Bowlby**<br>**153 Club View Dr**<br>**Safety Harbor, FL 34695** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  2020** | **Basis for the claim:  Customer Refund** | |
| | **Last 4 digits of account number  __** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.469 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
| | **Robert Rice**<br>**7615 Kinnow Ct**<br>**Land O Lakes, FL 34637** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  2020** | **Basis for the claim:  Customer Refund** | |
| | **Last 4 digits of account number  __** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.470 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79.00** |
| | **Roberta Newberry**<br>**8145 Sanguinelli Road**<br>**Land O Lakes, FL 34637** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  2020** | **Basis for the claim:  Customer Refund** | |
| | **Last 4 digits of account number  __** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.471 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00** |
| | **Roger & Diane Wright**<br>**355 Nashville Rd**<br>**Saranac, NY 12981** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  2020** | **Basis for the claim:  Customer Refund** | |
| | **Last 4 digits of account number  __** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.472 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Ron & Bernie Witikiewicz**<br>**16 Starkey Point Rd**<br>**Dundee, NY 14837** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  2020** | **Basis for the claim:  Customer Refund** | |
| | **Last 4 digits of account number  __** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.473 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00** |
| | **Ronald & Barbara Griffiths**<br>**6451 State Hwy 51**<br>**Burlington Flats, NY 13315** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  2020** | **Basis for the claim:  Customer Refund** | |
| | **Last 4 digits of account number  __** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.474** | **Nonpriority creditor's name and mailing address**
Ronald & Joan Lorenz
2317 Dorchester Court
Spring Hill, FL 34606

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.475** | **Nonpriority creditor's name and mailing address**
Ronald Enzinna &
Priscilla Molitor
326 Sago Palm Street
Largo, FL 33778

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.476** | **Nonpriority creditor's name and mailing address**
Ronald Steinacher & Russell
& Russell Lapari
141 Pinewood Terrace
Safety Harbor, FL 34695

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$1,398.00**

---

**3.477** | **Nonpriority creditor's name and mailing address**
Rosalie Rochford
2036 Sifield Greens Way
Sun City Center, FL 33573

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$988.00**

---

**3.478** | **Nonpriority creditor's name and mailing address**
Rosalind and Mike Lucas
75 Cottagewood Dr
Safety Harbor, FL 34695

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$699.00**

---

**3.479** | **Nonpriority creditor's name and mailing address**
Rose Omara
314 Sago Palm St
Largo, FL 33778

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.480** | **Nonpriority creditor's name and mailing address**
Rowena Betz
6510 Bendelow Dr
Lakeland, FL 33810

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$1,079.00**

---

| Debtor | Advantage Cruises & Tours, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.481** | **Nonpriority creditor's name and mailing address**
Roxanne Moses
773 Royal Palm Circle
Largo, FL 33778

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.482** | **Nonpriority creditor's name and mailing address**
Ruberta Tippett
37549 Rosalita Ave
Zephyrhills, FL 33541

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

**$699.00**

---

**3.483** | **Nonpriority creditor's name and mailing address**
Ruth Ann Borrows
6911 Lum Dr
Zephyrhills, FL 33542

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.484** | **Nonpriority creditor's name and mailing address**
Ruth Johnson
6133 SWALLOW DR
Lakeland, FL 33809

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.485** | **Nonpriority creditor's name and mailing address**
Ruth Zeigler
12310 Cambridge Ave
Tampa, FL 33624

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

**$1,199.00**

---

**3.486** | **Nonpriority creditor's name and mailing address**
Sally & Eugene Weed
8843 Bluejay rd
Kempton, PA 19529

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.487** | **Nonpriority creditor's name and mailing address**
Sandra & Martin Dietz
359 Mandalay
Largo, FL 33770

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.488 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$808.48** |
|---|---|---|---|

**Sandra & Robert Behm**
**1071 Donegan Rd**
**Largo, FL 33771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

**Basis for the claim:  Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$429.00** |
|---|---|---|---|

**Sandra Carver**
**4624 Oak River Cir**
**Valrico, FL 33596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

**Basis for the claim:  Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,318.88** |
|---|---|---|---|

**Sandra Hansen**
**22 Sunset Dr**
**Greencastle, IN 46135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

**Basis for the claim:  Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Sandra Koontz**
**3938 Privet Court**
**Zephyrhills, FL 33541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

**Basis for the claim:  Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sandra Lewis**
**c/o Pat Foor**
**1 Pindo Palm St E**
**Largo, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

**Basis for the claim:  Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79.00** |
|---|---|---|---|

**Sandra Presson**
**7432 Melogold Cir**
**Land O Lakes, FL 34637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

**Basis for the claim:  Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$945.00** |
|---|---|---|---|

**Sarah Chaney**
**1001 Carpenters Way #F121**
**Lakeland, FL 33809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

**Basis for the claim:  Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Advantage Cruises & Tours, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,014.00** |
|---|---|---|---|

**Saundra & Thomas Beckett**
**8131 Hidden Hills Dr,**
**Spring Hill, FL 34606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Customer Refund**

**Last 4 digits of account number  __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Shari Levitats**
**743 JESSANDA CIRCLE**
**Lakeland, FL 33809**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Customer Refund**

**Last 4 digits of account number  __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00** |
|---|---|---|---|

**Sharolyn White**
**6464 SANDPIPER DR APT5**
**Lakeland, FL 33809**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Customer Refund**

**Last 4 digits of account number  __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Sharon Dixon**
**7313 Cleopatra Dr**
**Land O Lakes, FL 34637**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Customer Refund**

**Last 4 digits of account number  __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,201.49** |
|---|---|---|---|

**Sharon Flory**
**1333 Woodcrest Ave**
**Clearwater, FL 33756**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Customer Refund**

**Last 4 digits of account number  __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76.00** |
|---|---|---|---|

**Sharon Kant**
**1730 Foxhill Dr**
**Lakeland, FL 33810**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Customer Refund**

**Last 4 digits of account number  __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$811.06** |
|---|---|---|---|

**Sharon Larson**
**317 Navarra Ln**
**Davenport, FL 33837**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Customer Refund**

**Last 4 digits of account number  __**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Advantage Cruises & Tours, Inc.**
_____     Case number (if known) _____
Name

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sharon Noell**
**6043 105th Terrace N**
**Pinellas Park, FL 33782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer Refund**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.00 |
|---|---|---|---|

**Sharon Parker**
**5059 Lodgewood Dr**
**Lakeland, FL 33810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer Refund**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429.00 |
|---|---|---|---|

**Sharon Sandifer**
**637 Pinellas Bay Way S Unit**
**Saint Petersburg, FL 33715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer Refund**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sheena Lee & William Steiner**
**163 Clubview Dr**
**Safety Harbor, FL 34695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer Refund**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shelia Remley**
**12 Sabal Palm**
**Largo, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer Refund**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shirley Burns**
**1 Sabal Palm Street**
**Largo, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer Refund**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.00 |
|---|---|---|---|

**Shirley Cole**
**6430 Marinell Dr**
**Saginaw, MI 48604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer Refund**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Advantage Cruises & Tours, Inc.**
_____
      Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.509 | **Nonpriority creditor's name and mailing address**<br>**Shirley Macneil**<br>**141 Pindo Palm St W**<br>**Largo, FL 33770**<br><br>**Date(s) debt was incurred  2020**<br>**Last 4 digits of account number  __** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer Refund**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.510 | **Nonpriority creditor's name and mailing address**<br>**Shirley Munger**<br>**7153 Naranja St**<br>**Zephyrhills, FL 33541**<br><br>**Date(s) debt was incurred  2020**<br>**Last 4 digits of account number  __** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer Refund**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$774.00** |
| 3.511 | **Nonpriority creditor's name and mailing address**<br>**Shirley Reynolds**<br>**3724 Russian Olive Lane**<br>**Zephyrhills, FL 33541**<br><br>**Date(s) debt was incurred  2020**<br>**Last 4 digits of account number  __** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer Refund**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$75.00** |
| 3.512 | **Nonpriority creditor's name and mailing address**<br>**Shirley Ripley**<br>**2908 Twelve Oaks Dr**<br>**Charlotte, MI 48813**<br><br>**Date(s) debt was incurred  2020**<br>**Last 4 digits of account number  __** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer Refund**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,799.00** |
| 3.513 | **Nonpriority creditor's name and mailing address**<br>**Shirley Thorton**<br>**2200 Livingston Rd**<br>**Land O Lakes, FL 34639**<br><br>**Date(s) debt was incurred  2020**<br>**Last 4 digits of account number  __** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer Refund**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$79.00** |
| 3.514 | **Nonpriority creditor's name and mailing address**<br>**Sigrid Ziotowsky**<br>**37605 Lilly Bea Ave**<br>**Zephyrhills, FL 33541**<br><br>**Date(s) debt was incurred  2020**<br>**Last 4 digits of account number  __** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer Refund**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$150.00** |
| 3.515 | **Nonpriority creditor's name and mailing address**<br>**Son Hui & Steven Hilmer**<br>**2308 Nottingham Greens Dr.**<br>**Sun City Center, FL 33573**<br><br>**Date(s) debt was incurred  2020**<br>**Last 4 digits of account number  __** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Customer Refund**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,238.00** |

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.516 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$507.00** |
|---|---|---|---|

**Sondra Rodgers**
**7112 Green Abbey Way**
**Spring Hill, FL 34606**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79.00** |
|---|---|---|---|

**Stanley Kalicki**
**8450 Tarocco Ct**
**Land O Lakes, FL 34637**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,412.00** |
|---|---|---|---|

**Star to Star**
**Attn: Vengroff Williams**
**POB 4155**
**Sarasota, FL 34230**

Date(s) debt was incurred **2020**

Last 4 digits of account number **436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Phone Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,316.00** |
|---|---|---|---|

**Stephen & Margaret Gebbett**
**29081 US Highway 19 N Lot 22**
**Clearwater, FL 33761**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Steve & Susan Potter**
**2864 Sarah  Dr**
**Clearwater, FL 33759**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Steven & Haylie Vidal**
**12859 114th Street**
**Largo, FL 33778**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,238.00** |
|---|---|---|---|

**Susan & Dean Middagh**
**2213 Nottingham Greens Dr**
**Sun City Center, FL 33573**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,398.00** |
|---|---|---|---|

**Susan & John Reed**
**221 Durango Loop St**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.00** |
|---|---|---|---|

**Susan Carter**
**6133 SWALLOW DR**
**Lakeland, FL 33809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**Susan Zurawski**
**6785 Erin Circle**
**Zephyrhills, FL 33542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.526 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$429.00** |
|---|---|---|---|

**Sylvia Artz**
**2314 Fern Cir**
**Tampa, FL 33604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.527 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$152.00** |
|---|---|---|---|

**Ted & Sharon Ward**
**4961 Foxwood Lake Dr**
**Lakeland, FL 33810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.00** |
|---|---|---|---|

**Terri Epstein**
**6333 EGRET DR**
**Lakeland, FL 33809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$429.00** |
|---|---|---|---|

**Terry Holt**
**4424 West Gray Street**
**Tampa, FL 33609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Customer Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.530** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$325.00**

**Theadore Schweickert**
**11301 BEACH TREE RD**
**Springville, NY 14141**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.531** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$325.00**

**Thelma Ellis**
**1610 REYNOLDS RD**
**Lakeland, FL 33801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.532** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Thomas & Cynthia Trombley**
**2339 Westchester Blvd**
**Spring Hill, FL 34606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.533** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,998.00**

**Thomas and Theresa Smith**
**4467 100th Ave N**
**Pinellas Park, FL 33782**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.534** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00**

**Tom & Cynthia Blanton**
**201 E 1700 N**
**Summitville, IN 46070**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.535** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

**Tom & Marion Stewart**
**525 EAGLE RUN**
**Lakeland, FL 33809**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.536** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$325.00**

**Tom Myers**
**804 GRAND ARBOR WAY**
**Plant City, FL 33565**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$158.00** |
|---|---|---|---|

**Tony & Sandy Tudela**
**7110 Melogold Cir**
**Land O Lakes, FL 34637**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Vernon & Linda Garrison**
**2251 Nottingham Greens Dr**
**Sun City Center, FL 33573**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Vernon & Vicki Demmons**
**48 Sabal Palm Dr**
**Largo, FL 33770**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Vicki Dones**
**9940 47th Ave N # 104**
**Saint Petersburg, FL 33708**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$210.26** |
|---|---|---|---|

**Victoria Conrad**
**546 Plaza Seville Court**
**Unit 88**
**Saint Petersburg, FL 33706**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,238.00** |
|---|---|---|---|

**Violet Waldron**
**2051 Plateau Rd**
**Clearwater, FL 33755**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,399.00** |
|---|---|---|---|

**Virginia Kushner**
**1311 Country Trails Drive**
**Safety Harbor, FL 34695**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$158.00** |
|---|---|---|---|

**Voctor Bernabe &**
**Carolyn Hash**
**20901 Tangor Rd**
**Land O Lakes, FL 34637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer Refund**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$158.00** |
|---|---|---|---|

**Warren & Judy Groomes**
**20738 Nectarine Pl**
**Land O Lakes, FL 34637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer Refund**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wayne & Judy Rudolph**
**17 Pindo Palm E.**
**Largo, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer Refund**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Wayne & Marjorie Short**
**1465 Champion Drive**
**Lakeland, FL 33801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer Refund**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wayne & Pam Raymond**
**94 Pindo Palm St. W**
**Largo, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer Refund**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00** |
|---|---|---|---|

**Wayne & Sharon Wilson**
**106 S Commercial St**
**Baileyville, IL 61007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer Refund**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,398.00** |
|---|---|---|---|

**Wayne and Maureen Wlodarczyk**
**64 Cottagewood Dr**
**Safety Harbor, FL 34695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer Refund**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$181,000.00** |

**Wells Fargo Merchant Svcs**
**1655 Grant Street**
**3rd Floor**
**Mac A0397-032**
**Concord, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Credit Card Charge-Backs**

Last 4 digits of account number  **3995**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |

**Wesley & Linda Smith**
**118 GI Road**
**Altamont, NY 12009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**William & Beverly Davisson**
**32 Pindo Palm St W**
**Largo, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**William & Christina Hall**
**88 Thatch Palm Street West**
**Largo, FL 33770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$158.00** |

**William & Dolores Bartel**
**20920 Ruby Red Way**
**Land O Lakes, FL 34637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |

**William & Jan Payson**
**639 N Edgewater Drive**
**Plant City, FL 33565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$158.00** |

**William & Lee Boutin**
**21125 Tongor Rd.**
**Land O Lakes, FL 34637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Advantage Cruises & Tours, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.558 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,398.00** |
|---|---|---|---|

**Yedi and Carlos Rosario**
**4900 Brittany Dr S**
**Saint Petersburg, FL 33715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2020__

**Basis for the claim:**  __Customer Refund__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.559 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,079.00** |
|---|---|---|---|

**Yvonne Ciesemier**
**37 Royal Palm Cir**
**Largo, FL 33778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2020__

**Basis for the claim:**  __Customer Refund__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.560 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$746.84** |
|---|---|---|---|

**Zofia Braun**
**1726 Thames St**
**Clearwater, FL 33755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2020__

**Basis for the claim:**  __Customer Refund__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 686,961.53 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 686,961.53 |

**Fill in this information to identify the case:**

Debtor name    **Advantage Cruises & Tours, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Advantage Cruises & Tours, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | _____ | Street _____ <br> _____ <br> City        State        Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> _____ <br> City        State        Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> _____ <br> City        State        Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> _____ <br> City        State        Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Advantage Cruises & Tours, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,251,233.64** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$5,912,107.00** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$5,074,659.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Advantage Cruises & Tours, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Great American POB 660831 Dallas, TX 75266 | Lanier Copier MPC4504EX | 7/3/20 | $12,000.00 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:** Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:** Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page 2 |
|---|---|---|

Debtor    **Advantage Cruises & Tours, Inc.**                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?  Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Singleton Legal, PLLC**  **425 22nd Avenue North**  **Suite D**  **Saint Petersburg, FL 33704** | **Attorney Fees** | **3/25/20 - 11/24/20** | **$4,985.00** |
| | Email or website address  **ryan@singletonlegal.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?  Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Mercedes Benz**  **2383 Willow Oak Dr.**  **Wesley Chapel, FL 33544** | **2017 Kia;  The proceeds of $21,000 went towards paying off the lien on the vehicle in the amount of $20,951.36, with the remaining $48.64 deposited into the Debtor's operating account.** | **6/29/20** | **$21,000.00** |
| | Relationship to debtor | | | |

### Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **Advantage Cruises & Tours, Inc.** _____    Case number *(if known)* _____

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **MFS** | EIN: **59-3695497** |

Has the plan been terminated?
☐ No
■ Yes

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **3**<br>**Checking**<br>**Accounts** | **5/8/20** | **$59,901.27** |

---

| Debtor | Advantage Cruises & Tours, Inc. | Case number *(if known)* | |
|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property the debtor kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Edwood Storage | Marie & Dale Emmerich | Client Files / Accounting Documents | ☐ No<br>■ Yes |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.** Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.** Has the debtor notified any governmental unit of any release of hazardous material?

Debtor    **Advantage Cruises & Tours, Inc.** _____    Case number *(if known)* _____

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Peggy Elmer Advanced Accounting** | |
| 26a.2.    **Camille Fahie** | |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Advantage Cruises & Tours, Inc.**    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Marie Emmerich** | | **President** | **70%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dale Emmerich** | | **Minority Owner** | **30%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Advantage Cruises & Tours, Inc.**                                      Case number *(if known)* _____

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 30, 2020**

**/s/ Marie Emmerich**                                      **Marie Emmerich**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida

In re    **Advantage Cruises & Tours, Inc.**                  Case No.

                                        Debtor(s)          Chapter     **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November 30, 2020**                        **/s/ Marie Emmerich**

                                              **Marie Emmerich**/**President**
                                              Signer/Title

Advantage Cruises & Tours, Inc.
PO Box 2989
Lakeland, FL 33806-2989

Alson & Jewel Lockes
2127 Nantucket Dr
Sun City Center, FL 33573

Anneliese Haller
44 Royal Palm Cir
Largo, FL 33778

Ryan N. Singleton, Esq.
Singleton Legal, PLLC
425 22nd Avenue North
Suite D
Saint Petersburg, FL 33704

Althea Nye
1001 Carpenters Way #H206
Lakeland, FL 33809

Annette Donnelly
7477 Willow Brook Dr
Spring Hill, FL 34606

A Lee
24 Thatch Palm St W
Largo, FL 33770

Andrew & MaryJayne Fafard
3524 97th Ave N
Pinellas Park, FL 33782

Ansel & Cheryl Cowart
5090 Lodgewood Dr
Lakeland, FL 33810

AC & Mary Kryszcak
542 Oak Island Circle
Plant City, FL 33565

Andrew & Sharon Philyaw
110 Juniperus Dr
Safety Harbor, FL 34695

Anthony Fernandez and
Carol Rodhouse
6465 99th Way N Apt 17B
Saint Petersburg, FL 33708

Al & Constance Howes
822 Coconut Palm
Largo, FL 33778

Angelo & Barbara Gentile
2256 Country Ridge Ln
Spring Hill, FL 34606

Anthony Labarbera &
Antoinette Labarbera
406 Cathy Drive
Lakeland, FL 33815

Alex & Carol Mackinla
6260 EGRET DR
Lakeland, FL 33809

Anita Herbert
14939 Old Pointe Rd
Tampa, FL 33613

Arlene Ankomeus
6410 Wedgewood Dr
Spring Hill, FL 34606

Alfred & Sandra Renia
4210 Fairway Run
Tampa, FL 33618

Anita Mattingly
23 Royal Palm Circle
Largo, FL 33778

Arlene Wesche
23755 St Rte 34
Stryker, OH 43557

Allen & Trudy Goulet
2233 Nottingham Greens Dr
Sun City Center, FL 33573

Ann Mickel
12416 Marjory Avenue
Tampa, FL 33612

Arnold & Alice Williams
31 Sunrise Ct
Safety Harbor, FL 34695

Allen Larwood &
Chris Lanaway
95 Theresa Ct
Buffalo, NY 14224

Anne Winchell
2940 West Bay Dr # 404
Largo, FL 33770

Arnold & Margorie Grohskopf
97 Briarwood Place
Safety Harbor, FL 34695

Bailey  Allen
900 OLD COMBEE RD
Lot 89
Lakeland, FL 33805

Barb  Griffin
1539 Crooked Stick Loop
Lakeland, FL 33801

Barb  McLaughlin
1450 Schalamar Creek Dr Lot
Lakeland, FL 33801

Barb  Sullivan
1630 Deverly Drive
Lakeland, FL 33801

Barbara  &  Raymond  Bergling
93 Briarwood Place
Safety Harbor, FL 34695

Barbara  Boyce
347 Fountainview Circle
Oldsmar, FL 34677

Barbara  Cochardo
6056 SWALLOW DR
Lakeland, FL 33809

Barbara  Hintze
1386 Acorn Ct
Dundee, IL 60118

Barbara  Jacobs
14 Thatch Palm St W
Largo, FL 33770

Barbara  Oneill
9128 Masters Blvd
Dade City, FL 33525

Barbara  Schauer
970 Gershwin Dr
Largo, FL 33771

Barbara  Thomas
1071 Donegan Rd Lot 773
Largo, FL 33771

Barbra  Hintz
1386 Acorn Ct
Dundee, IL 60118

Beatrice  Badanek
417 Brookside Lane
Plainfield, IN 46168

Benedetto  Mondello  and  Jill
204 Mystic Falls Dr
Apollo Beach, FL 33572

Benjamin  &  Barbara  Brubaker
92 Thatch Palm St E
Largo, FL 33770

Bete  Rowena
5939 SANDERLING DRIVE
Lakeland, FL 33809

Bette  Smith
3913 Shoreside Circle
Tampa, FL 33624

Betty  Bowman
1071 Donegan Rd Lot 817
Largo, FL 33771

Betty  Hicks
2829 Honeywell Place
Lakeland, FL 33810

Beverly  Lucas
11739 Lisa Halasz Lane
Thonotosassa, FL 33592

Bill  &  Joann  Linehan
35 Thatch Palm East
Largo, FL 33770

Bob  &  Denise  Konnerth
42 Pindo Palm St. E
Largo, FL 33770

Bonnie  Campbell
8113 Ambersweet Pl
Land O Lakes, FL 34637

Bonnie  Hart
525 129th Ave E, Apt. 1
Maderia Beach, FL 33708

Bonnie  Warren
1201 8th Ave W
Lot G11
Palmetto, FL 34221

Boyde  &  Jan  Sharpe
20 Brooks Rd
Awwews TWP
Ontario Canada P6A 5K7

Bruce & Barb Munroe
81 THATCH PALM ST W
Largo, FL 33770

Carol Johnson
Deanna Grahovac
1258 Corinth Greens Drive
Sun City Center, FL 33573

Carroll Cockerham
10365 Ulmerton Road
Largo, FL 33771

Bruce & Oleta Brown
515 Needle Palm St
Largo, FL 33778

Carol Keith
2730 Sherbrooke Ln
Palm Harbor, FL 34684

Catherine & Charles Wall
4 Cobblestone
Plymouth, MA 02360

Bruno Gattuso
1610 REYNOLDS RD LOT 140
Lakeland, FL 33810

Carol McNamee
2455 Finlandia LN
Clearwater, FL 33763

Catherine Kenney
13 Thatch Palm St W.
Largo, FL 33778

Camillia Naclerio
3842 Buttercup Drive
Zephyrhills, FL 33541

Carol O' Connor
711 Manchester Woods Dr
Sun City Center, FL 33573

Cathy Cuputo
8 Pindo Palm St. West
Largo, FL 33770

Carl Sannes
143 W PLEASANT LAKE RD
Saint Paul, MN 55127

Carol Rodrigues & Clark Wood
187 Clubview Dr
Safety Harbor, FL 34695

Cecelia Vance
3303 LaHabra Court
Tampa, FL 33614

Carla Romprey
Po Box 359
Lincoln, NH 03251

Carol Smith
12875 Vineland St
San Antonio, FL 33576

Cecile Pageot
109 Royal Palm Circle
Largo, FL 33778

Carol & Harry Bickford
2147 Colusa Ct
Palm Harbor, FL 34683

Caroline Britten
318 Cathy Drive
Lakeland, FL 33815

Celia Bowser
111 Pindo Palm West
Largo, FL 33770

Carol & Thomas Van Nelson
2083 Sifield Greens Way
Sun City Center, FL 33573

Carolyn Carr
1100 Curlew Rd Lot 123
Dunedin, FL 34698

Charlene Dow
3463 HIGHLAND FAIRWAYS BLVD
Lakeland, FL 33810

Carol Engel
20848 Eustis Rd
Land O Lakes, FL 34637

Carolyn Hooper
45 Pindo Palm East
Largo, FL 33770

Charles & Audrey Stothers
303 Cathy Drive
Lakeland, FL 33815

Charles & Helen Ross
6261 PEACOCK RUN
Lakeland, FL 33809

Charlotte Ernest
521 Needle Palm St
Largo, FL 33778

Colette Newman
835 Mccallister Ave
Sun City Center, FL 33573

Charles & Joanne White
1820 Rowley Rd
Williamston, MI 48895

Charlotte Walker
c/o John Carter, Esq
9500 Koger Blvd
Suite 112
Saint Petersburg, FL 33702

Connie Russell
2518 Bendelow Dr
Lakeland, FL 33810

Charles & Linda Boulanger
1505 Flamingo Ln
Sun City Center, FL 33573

Christie & Bruce Crain
1621 Brookton Green Dr
Sun City Center, FL 33573

Connie Yorks
1963 N Oak Lane
State College, PA 16803

Charles & Lois Lloyd
210 Country Club Dr
Plant City, FL 33565

Christine Edens
1891 Cameo Way
Clearwater, FL 33756

Cristofor & Stela Focsan
3482 Mainlands Blvd S
Pinellas Park, FL 33782

Charles & Melanie Popovich
4512 Alpine Drive
Lakeland, FL 33801

Christine Loughlin
2007 Bell Ranch St
Brandon, FL 33511

Cynthia Michael McCarty
5840 Windwood Dr
Lakeland, FL 33813

Charles & Naomie Bietau
3736 Golfview Dr
Williamston, MI 48895

Chuck & Linda Harrington
20941 Tangor Road
Land O Lakes, FL 34637

Dale & Dolores Phelps
1810 Danbury Drive
Sun City Center, FL 33573

Charles & Sandy Obi
46 Seneca Drums Trailer Park
Himrod, NY 14842

Claire Gorman
2142 Ibis Drive
Clearwater, FL 33764

Dale & Gloria Strassner
13970 105th Terrace
Largo, FL 33774

Charles Gilmette
7100 Ulmerton Rd
Largo, FL 33771

Clarence Sweetman
58 Thatch Palm St W
Largo, FL 33770

Dale & Linda Keehl
228 Royal Palm Circle
Largo, FL 33778

Charles Hall &
Marge Taylor
73 Thatch Palm West
Largo, FL 33770

Clifford and Karen Cooper
10213 Post Harvest Dr
Riverview, FL 33578

Dale & Lynn Adkins
3527 W STATE ROUTE 73
Willmington, OH 45117

Dale Keehl
228 Royal Palm Circle
Largo, FL 33778

David & Virginia Sink
37514 Rio Lane
Zephyrhills, FL 33541

Denise Geisel
1109 Kingfish Pl
Apollo Beach, FL 33572

Dan & Sandra Everett
4 Sabal Palm Dr
Largo, FL 33770

David and Shelia Lyons
46 Pindo Palm St W
Largo, FL 33770

Dennis & Wanda Hinklin
2266 Sifield Greens Way
Sun City Center, FL 33573

Daniel & Mary Sivonen
43325 SUPERIOR RD
Houghton, MI 49931

David Silva, Marissa Silva
& Merlerea Silva
323 Kimberly Drive
Lakeland, FL 33815

Dewey & Sandra Coon
5244 Jo St
Zephyrhills, FL 33542

Danielle Van Heertum
11560 Island Lakes Ln
Boca Raton, FL 33498

Dawn DePreta
8152 Ambersweet Pl
Land O Lakes, FL 34637

Diane Kirschner
9599 120th St
Seminole, FL 33772

Darlene Orvis
1100 Curlew Rd
Dunedin, FL 34698

Deanna Fournier
7117 El Rancho Way
Zephyrhills, FL 33541

Diane Smith
49 BRINKER RD
Buffalo, NY 14218

Dave & Caroline Sandlin
65 Sabal Palm Dr.
Largo, FL 33770

Deborah Affleck
37200 Neukom Ave
Zephyrhills, FL 33541

Dianna Delph-Davis
71 Cape Cod Ave
Plymouth, MA 02360

David & Linda Colflesh
7412 Melogold Cir
Land O Lakes, FL 34637

Deborah Williams
7337 Cleopatra Dr
Land O Lakes, FL 34637

Dixie Christensen
221 S Village Dr
West Des Moines, IA 50265

David & Patricia Gault
697 Atlantus Terr
Sebastian, FL 32958

Debra & Dennis Karch
211 North 10th Street
Elwood, IN 46036

Dixie Hackers
4232 SUPERIOR RD
Houghton, MI 49931

David & Patricia Wiesenauer
6092 SEAGULL LN
Lakeland, FL 33809

Debra Cellucci
12716 Forest St
Tampa, FL 33612

Doc and Mary Ann Parisi
744 Caliente Dr
Brandon, FL 33511

Don & Nancy Liesener
4 Frangipani Cir
Largo, FL 33770

Donald & Beverly Wienke
2244 Silver Lakes Dr N
Lakeland, FL 33810

Donald & Margaret Connors
1807 Foxhill Dr
Lakeland, FL 33810

Donald & Patricia Clemmens
7384 Blue Skies Dr
Spring Hill, FL 34606

Donald & Sarah Dowd
1422 Crooked Stick Loop
Lakeland, FL 33801

Donald Whitaker
4356 69th Ave N
Pinellas Park, FL 33781

Donna & Albert Hartin
114 Silver Fox Dr
Safety Harbor, FL 34695

Donna & Clifford Leavitt
18675 US Highway 19
Clearwater, FL 33764

Donna & Harold Wurtz
1071 Donegan Rd
Largo, FL 33771

Donna Andrews
6268 SANDPIPER DR
Lakeland, FL 33809

Donna Bieltz
22 Pindo Palm St W
Largo, FL 33770

Donna Cain
c/o John Carter, Esq
9500 Koger Blvd
Suite 112
Saint Petersburg, FL 33702

Donna Deans
103 Fairmont Dr.
Sault Ste Marie
Ontario Canada P6B 5Y1

Donna Lee
1225 S Highland Ave # 223
Clearwater, FL 33756

Donna Munz
1156 Mcdaniel St
Sun City Center, FL 33573

Doris Elarbee
4017 McKay Ave
Tampa, FL 33609

Doris Lambusta
2141 Ridge Rd S
Largo, FL 33778

Dorothy & James Kibbe
1100 Curlew Rd
Dunedin, FL 34698

Dorothy & Joseph Worrell
5335 Bernadette Dr
Zephyrhills, FL 33541

Dorothy Bowes & Jessica Slee
116 21st Terrace SE
Largo, FL 33771

Dorothy Whyte
113 114Th Ave N
Saint Petersburg, FL 33716

Earl & Nancy Fitzgerald
1722 Foxhill Dr
Lakeland, FL 33810

Edgar and Anne Lecuyer
59 Royal Palm Cir
Largo, FL 33778

Edward & Dolly Foland
15722 Maple Island Ct
Burnsville, MN 55306

Edward & Sharon Swierenga
7298 Rosemont Lane
Spring Hill, FL 34606

Edward Snow &
Barbara Hutchins
39424 Sterling Dr
Zephyrhills, FL 33542

Elaine Deuerlein
15116 Tealrise Way
Lithia, FL 33547

Elaine  Richard
16214 Ramblin Vine Circle W
Tampa, FL 33624

Faye  Campbell
9099 Mississippi Run
Brooksville, FL 34613

Frank  &  Ruth  Mroczka
5862 Macaw Pl
Lakeland, FL 33809

Elizabeth  &  Michale  Carey
7612 Cervantes Ct
Springfield, VA 22153

Flagship  Bank
1415 Wayzata Blvd. East
Wayzata, MN 55391

Frank  &  Trudy  Sauri
14 Palm Forest Dr
Largo, FL 33770

Elizabeth  Foley
3918 Harbor Heights Dr
Largo, FL 33774

Florence  &  John  Pasquale
7487 Southhampton RD
Spring Hill, FL 34606

Frank  and  Mary  Bailey
1830 Winns Arthur Drive
Valrico, FL 33594

Ellen  Scheible
979 Spinnaker Ct
Tarpon Springs, FL 34689

Forrest  Knapp
1411 Deverly Drive
Lakeland, FL 33801

Fred  Robinette  &  Patsy  Brown
5989 CRANE DR
Lakeland, FL 33809

Emile  Laflamme
257 Sago Palm St
Largo, FL 33778

Fran  Stutzka
13 Thatch Palm St E
Largo, FL 33770

Freda  Sterns
2463 Kensington Greens Dr
Sun City Center, FL 33573

Emily  Blackwookd
7100 Ulmerton Rd
Largo, FL 33771

Francess  SUTHERLAND
1858 CANARY CR N
Lakeland, FL 33809

Gary  &  Diane  Boston
5001 Foxwood Blvd
Lakeland, FL 33810

Eugenia  Whitsett
6144 Silver Lakes Dr E
Lakeland, FL 33810

Francine  Robinson
116 Fontaine Court
Monroe Township, NJ 08831

Gary  &  Sharon  Lintzenich
686 COCKATOO LOOP
Lakeland, FL 33809

Evelyn  Miggnella
11485 Oakhurst Rd 11-108
Largo, FL 33774

Frank  &  Janice  Lobianco
7126 Melogold Circle
Land O Lakes, FL 34637

Gary  Smith
1100 Curlew Rd
Dunedin, FL 34698

Evette  Buinicky
6810 Sunnidale Dr
Zephyrhills, FL 33542

Frank  &  Rosa  Martin
7705 Abonado RD
Tampa, FL 33615

Gayle  &  James  Moore
1001 Carpenters Way Apt G 30
Lakeland, FL 33809

Gayle Freddie
3480 ALGONAC DRIVE SW
Grandville, MI 49418

George & Becki Clamp
21236 Quiet Haven Ct
Land O Lakes, FL 34637

George & Patricia Flynn
227 Pello Road
Brick, NJ 08724

George and Gloria Better
33 Honeysuckle Ct
Safety Harbor, FL 34695

Gerald & Patricia Sober
8022 Blue Skies Dr
Spring Hill, FL 34606

Gerald & Virginia Townsend
900 OLD COMBEE RD Lot 2
Lakeland, FL 33805

Geraldine Fink
102 Royal Palm Cir
Largo, FL 33778

Geri Krepela
18500 Euclid Street #214
Farmington, MN 55024

Gertrude Labare
4930 Deerwood Dr
Lakeland, FL 33810

Gertrude Schroeder
1418 Willow Creek Ter
Spring Hill, FL 34606

Getrude Whittacker
6820 Orlo Drive
Zephyrhills, FL 33542

Ginny Maceachen
59 Pindo Palm St. E.,
Largo, FL 33770

Glenn & Sharon Dixon
7313 Cleopatra Dr
Land O Lakes, FL 34637

Gloria Finley
c/o Pat Foor
1 Pindo Palm St E
Largo, FL 33770

Grace Ahtila
359 King Palm
Largo, FL 33778

Great American
POB 660831
Dallas, TX 75266

Gwen's Elite Travel
2612 Granada Circle W.
Saint Petersburg, FL 33712

Heidi Nowers
P.O. Box 48
Westminster Station, VT 05159

Helen & Nicholas Scunziano
3124 quail hollow ct
Spring Hill, FL 34606

Helen Coar
126 Silver Fox Dr
Safety Harbor, FL 34695

Helen Kappeler
10162 Commodore Dr
Seminole, FL 33776

Helen Younskevicius
962 Corvette Dt
Largo, FL 33771

Helene Walters
15 Cobbler Court
Baltimore, MD 21208

Hope Barina
107 Royal Palm Cir
Largo, FL 33778

Howard & Joan Montgomery
7348 Clearmeadow Dr
Spring Hill, FL 34606

Ibolya Petho
421 King Palm St
Largo, FL 33778

Ingeburg Ferry
8450 Tarocco Ct
Land O Lakes, FL 34637

Irene Engel
33 Thatch Palm St E
Largo, FL 33770

James & Rolene Daniels
1002 PLANK RD/PO BOX 96
Greenland, MI 49929

Janet Treadway
5871 CRANE DR
Lakeland, FL 33809

Irma Gaffney
21149 Diamonte Dr
Land O Lakes, FL 34637

James & Sueann Pier
6054 CRANE DR
Lakeland, FL 33809

Janice Snyder
224 Foxon Road B9
North Branford, CT 06471

Jack Shermond &
Maryann Bell
50 Holiday Harbor
Canandaigua, NY 14424

James Rallides
6510 Bendelow Dr
Clearwater, FL 33755

Jean & Clare Fenney
2246 Mayfield Palms Ln
Sun City Center, FL 33573

Jackie Benter
1010 American Eagle Dr.
Sun City Center, FL 33573

James Schinschke
1622 Deverly Drive
Lakeland, FL 33801

Jean Hein
6141 Silver Lakes Dr E
Lakeland, FL 33810

Jacqueline Beckley
3516 Cordgrass Dr
Valrico, FL 33596

Jane and Gerald Fedelem
4410 Delaware Rd
Fremont, MI 49412

Jeanne Schweickert
11301 BEACH TREE RD
Springville, NY 14141

Jacqueline Fairchild
1001 Carpenters Way #H305
Lakeland, FL 33809

Jane Pastva & John Morgan
1071 Donegan Rd lot 1174
Largo, FL 33771

Jeannette Hartzog
3481 101St Ter N
Pinellas Park, FL 33782

Jacqueline Mikes
2291 Americus Blvd W
Clearwater, FL 33763

Jane Sue Ostermann
6808 Applewood Drive
Wesley Chapel, FL 33544

Jeannette Schmidt
3389 Black Street Scipio Ctr
Scipio Center, NY 13147

James & Carolyn Charles
570 Queen Palm St
Largo, FL 33778

Janet & Robert Gundershaug
517 Rambling Creek Dr Se
Saint Michael, MN 55376

Jeannie Hamilton
323 Kimberly Drive
Lakeland, FL 33815

James & Julie Van De Velde
4626 Devonwood Court
Lakeland, FL 33801

Janet Roberson
6380 EGRET DR APT 8
Lakeland, FL 33809

Jeffrey Morris & Vicki Skern
13010 114th Ave N
Largo, FL 33774

Jennifer Urbanek
1570 Heatherhill Dr
Lakeland, FL 33810

Joan Freeman
1001 Carpenters Way #B209
Lakeland, FL 33809

John & Deliores Hyssong
112 Wst St
Rockport, ME 04856

Jerry & Marie Gibbs
12736 Marjory Ave
Tampa, FL 33612

Joan Gaff
658 Sugar Palm St
Largo, FL 33778

John & Denise Alden
402 Reavley Drive
Lamar, MO 64759

Jerry and Diana Maxwell
90 Cottagewood Dr
Safety Harbor, FL 34695

Joan Miles
8533 110Th St
Seminole, FL 33772

John & Donna Alden
402 Really Drive
Lamar, MO 64759

Jerry Mitchell
2423 Kensington Greens Dr
Sun City Center, FL 33573

Joan Solimeno
1118 Mcdaniel St
Sun City Center, FL 33573

John & Elaine Landrum
c/o Pat Foor
1 Pindo Palm St E
Largo, FL 33770

Jim & Bonnie Parr
5820 Half Moon Lake Road
Tampa, FL 33625

Joan Wessinger
2215 Sifield Greens Way
Sun City Center, FL 33573

John & Judy Neiswander
1 Palm Forest Dr
Largo, FL 33770

Jim & Kathy Gavin
c/o Pat Foor
1 Pindo Palm St E
Largo, FL 33770

Joann Cochran
90 cottonwood Dr
Safety Harbor, FL 34695

John & June Tirone
19 Thatch Palm St. E
Largo, FL 33770

Jim Borovka
Marlene Borovka
219 9th Street
Libertyville, IL 60048

Joann Pennington
2326 Fern Place
Tampa, FL 33604

John & Lenore Carstens
310 Cathy Drive
Lakeland, FL 33815

Joan & Philip Phoel
6445 Pine Meadows Dr
Spring Hill, FL 34606

Joanne Gramley
1100 Curlew Rd Lot 33
Dunedin, FL 34698

John & Margie Emily
4990 Foxwood Blvd
Lakeland, FL 33810

Joan Davis
131 Forest Ln
Safety Harbor, FL 34695

Joe & Judith Stedronsky
37523 Rio Lane
Zephyrhills, FL 33541

John & Patricia Moirin
284 Edwards Rd
Wynantskill, NY 12198

John Bahan &
Gail Stott
62 Pindo Palm St W
Largo, FL 33770

Joyce Allen
21115 1St St
Land O Lakes, FL 34638

Judith Phillips & Judy Wilde
3478 MOURNING DOVE LN
Richmond, MI 48062

John Pasteris
4256 96th Terrace N
Pinellas Park, FL 33782

Joyce Smith
14913 Glasgow Ct.
Tampa, FL 33624

Judith Reardon
1701 Farmington Ave
Unionville, CT 06085

Joseph & Carol Brown
BOX 53
Greenland, MI 49929

Judith & Warren Groomes
20738 Nectarine Pl
Land O Lakes, FL 34637

Judith Verbke
1939 PRAIRIE DUNES CIRCLE N
Lakeland, FL 33810

Joseph & Dorothy Worrell
5335 Bernadette Dr
Zephyrhills, FL 33541

Judith Botts
& Thomas Schwartz
2268 Sifield Greens Way
Sun City Center, FL 33573

Judy Beach
6344 Cty Hwy 18
West Winfield, NY 13491

Joseph & Joanne Caputo
50 Palm Forest Dr
Largo, FL 33770

Judith Garduk
6587 Brambleleaf Dr
Spring Hill, FL 34606

Judy Schmidt
1010 American Eagle Blvd
Sun City Center, FL 33573

Joseph & Joanne Robb
20823 Redblush Ln
Land O Lakes, FL 34637

Judith Graber
88 Thatch Palm St E
Largo, FL 33770

Junior & Betty Bates
14454 - 19 Mile Road
Leroy, MI 49655

Joseph Giovinco
2618 Gulf Blvd Unit 402
Indian Rocks Beach, FL 33785

Judith Hardy
515 Oakhurst St
Brandon, FL 33511

Karen & Bruce Lippens
2331 Nottingham Greens Dr
Sun City Center, FL 33573

Joseph Palmer
264 Sago Palm St
Largo, FL 33778

Judith McHenry
20808 Jaffa Lane
Land O Lakes, FL 34637

Karen and Daniel Gehle
1515 SE 43 Place
Topeka, KS 66609

Joseph Wybierala
7393 Woodhollow Rd
Spring Hill, FL 34606

Judith Olson
980 7th St NW Lot 30
Largo, FL 33770

Karin Hanke
23 Palm Forest East
Largo, FL 33770

Katherine Daley
1512 Winding Way W
Clearwater, FL 33764

Kay Lee
108 N Pine St
Washington, IL 61571

Lawrence & Nancy Stultz
328 Sago Palm Street
Largo, FL 33778

Kathleen and Robert Duckro
9950 37Th Way N
Pinellas Park, FL 33782

Kenneth & Patricia Daves
2469 Woodcliff Trl
Hartland, MI 48353

Leah Hause
1130 Woodcrest Ave
Clearwater, FL 33756

Kathleen Murray
1011 Woodside Ave
Clearwater, FL 33756

Kenneth Pierce
6003 SEAGULL LN
Lakeland, FL 33809

Leroy & Sandy Howe
88 Royal Palm Cir
Largo, FL 33778

Kathleen Siefer
1150 Dartford Dr
Tarpon Springs, FL 34688

Kevin, Cynthia & Tiana Fox
8500 Ulmerton Rd, Lot 417
Largo, FL 33771

Lewis Morse
1610 REYNOLDS RD LOT 39
Lakeland, FL 33801

Kathryn & Lynn Harrison
1001 Carpenters Way #G108
Lakeland, FL 33809

Kevin, Jacob, Kevin,
& Tonya Saylor
5 Ray Road
Plymouth, MA 02360

Lillian Van Dyk
6785 Erin Circle
Zephyrhills, FL 33542

Kathryn Grant
83 Pindo Palm St W
Largo, FL 33770

Lane Trefftzs & Doris Ryan
3748 53rd St
Moline, IL 61265

Linda & Donald Bessignano
2317 Nottingham Greens Dr
Sun City Center, FL 33573

Kathryn Morse
20808 Jaffa Ln
Land O Lakes, FL 34637

Laura and Ron Loiselle
87 Royal Palm Circle
Largo, FL 33778

Linda Baker
86 Thatch Palm St E
Largo, FL 33770

Kathy Sweetman
58 Thatch Palm St W
Largo, FL 33770

Laure Taylor
8129 Ponkan Rd
Land O Lakes, FL 34637

Linda Bartol
35520 Wintersweet Lane
Zephyrhills, FL 33541

Kay & Robert Murray
1512 High Knoll Dr
Brandon, FL 33511

Lauretta Wilson
19029 US 19 N # 14F
Clearwater, FL 33764

Linda Cobo
508 Bernice Blvd
Tarpon Springs, FL 34689

Linda Kohnem
1100 Curlew Rd, Lot 147
Dunedin, FL 34698

Lois & Ronnie DeHart
10202 S Lake Dr
Largo, FL 33773

Louise Gawrys
44 French Oaks Lane
East Amherst, NY 14051

Linda Mills
405 Lake Point Ct
Sun City Center, FL 33573

Lois Greer
6229 PEACOCK RUN
Lakeland, FL 33809

Lucille Prichard
1001 Carpenters Way #A218
Lakeland, FL 33809

Linda Morse
1610 REYNOLDS RD LOT 39
Lakeland, FL 33801

Lois Heisdorf & Jennifer Ann
189 Clubview Dr
Safety Harbor, FL 34695

Lucinda and Leroy Judy
3932 Ranger Parkway
Zephyrhills, FL 33541

Linda Riegger
500 Church Road
Palmetto, FL 34221

Lois Vollmer
715 Sugar Palm St
Largo, FL 33778

Lynda Kolling
330 Green Manor Dr
Sun City Center, FL 33573

Linda Roe &
Helen Irwin-Cuttler
11201 122nd Ave N #235
Largo, FL 33778

Lolly Hackros
4323 SUPERIOR RD
Houghton, MI 49931

Lynn Fleming
21018 Diamonte Dr
Land O Lakes, FL 34637

Linda Rontey
1664 S Lake Ave #2
Clearwater, FL 33756

Londa Owens
8156 Sanguinell Rd
Land O Lakes, FL 34637

Manfred & Dorothy Rietenbach
1650 Glengarry Dr
Palm Harbor, FL 34684

Linda Sickafoose
70 Palm Forest Dr
Largo, FL 33770

Lorie Barcus
5312 Mapleridge Drive
Columbus, OH 43232

Margaret Andrews
8221 Ponkan Rd
Land O Lakes, FL 34637

Linda Smith
107 Caldwell Dr Apt 295
Brandon, FL 33510

Lorraine Harrison
424 FALCON CREST
Plant City, FL 33565

Margaret Davis
20749 Diamonte Dr
Land O Lakes, FL 34637

Linda Tennington
12701 93rd St N
Largo, FL 33773

Louis and Donna Bodie
1773 Fox Hill Dr
Lakeland, FL 33810

Margaret Floeckher
5010 Foxwood Blvd
Lakeland, FL 33810

Margaret Hedden
9 Sabal Palm Dr
Largo, FL 33770

Marie Nelson
818 Manchester Woods dr
Sun City Center, FL 33573

Mark & Roxanne Moses
773 Royal Palm Cir
Largo, FL 33778

Margaret Nowers
1100 Curlew Rd
Dunedin, FL 34698

Marilyn Barcus
1610 Jeffords St
Clearwater, FL 33756

Marsha Leonard
3075 S. Hilton Park Rd
Fruitport, MI 49415

Margaret Palmer
112 Washington Ave
Groton, NY 13073

Marilyn Ebbers
5625 Mallard Dr
Lakeland, FL 33809

Martin & Sylvia Katz
4639 Landscape Dr
Tampa, FL 33624

Margaret Rivers
c/o John Carter, Esq
9500 Koger Blvd
Suite 112
Saint Petersburg, FL 33702

Marilyn Holmes
2909 W. Barcelona St
Tampa, FL 33629

Marty Hoover
7821 Westwood Rd
Findlay, OH 45840

Maria Ptyza
3736 Bubba Drive
Zephyrhills, FL 33541

Marion Archer
35116 Mccullough S Loop
Zephyrhills, FL 33541

Mary & Robert Sedotti
2307 Grandfather mnt
Spring Hill, FL 34606

Maria Zawilski
1549 Power Ridge Ct
Palm Harbor, FL 34683

Marion Hagen
67 Thatch Palm St E
Largo, FL 33770

Mary Ann Parisi
744 Caliente Dr
Brandon, FL 33511

Marie Busch
8874 County RD P
Stryker, OH 43557

Marisol Rhyne & Ruth Quinone
1101 South Arlington Ridge R
Arlington, VA 22202

Mary Anna Johansen
2617 Locksley St
Sun City Center, FL 33573

Marie Liska
1626 Darrington Lane
Lakeland, FL 33801

Marjorie Grant
8322 Bahia Ave
Tampa, FL 33619

Mary Ellen Cole
36 Palm Forest Dr
Largo, FL 33770

Marie Markel
2100 13th Ave SW
Largo, FL 33770

Mark & Cynthia Stephens
7521 Melogold Cir
Land O Lakes, FL 34637

Mary Ellen Levy
7346 Woodhollow Rd
Spring Hill, FL 34606

Mary Harness
5026 Lodgewood Dr
Lakeland, FL 33810

Mary Huizen
3480 ALGONIC DRIVE SW
Grandville, MI 49418

Mary Kai Bailey-Quaid
33111 Hwy 300
Roland, AR 72135

Mary Lalonde
1204 Corinth Greens Dr
Sun City Center, FL 33573

Mary Ronan
161 Cottontail Ct
Safety Harbor, FL 34695

Mary Roth
64 Thatch Palm St E
Largo, FL 33770

Mary Wilson
619 PINE RIDGE DR
Lakeland, FL 33810

Maryann Knoblauch
3115 Huntington Lane
Lakeland, FL 33810

Maureen Onouju
c/o John Carter, Esq
9500 Koger Blvd
Suite 112
Saint Petersburg, FL 33702

Maureen Terzo
11485 Oakhurst Rd 11-107
Largo, FL 33774

Maxine Brown
500 North Osceola Ave
Clearwater, FL 33755

Maxine Law
3812 Perdew
Land O Lakes, FL 34638

Michael & Cynthia McCarty
5840 Windwood Dr
Lakeland, FL 33813

Michael & Ellie Whiteman
2247 Nottingham Greens Dr
Sun City Center, FL 33573

Michael & Karen Czerna
2264 Country Ridge Lane
Spring Hill, FL 34606

Michael Reed Bailey
16515 Wayne Street
Union, MI 49130

Michele Carter-Martin
29-300 Franmor Drive
Peterbough, ON
K9H 7R1

Mike & Pat Matsko
50 Pleasant Circle
Plant City, FL 33565

Millie Lawler
47 Pindo Palm St E
Largo, FL 33770

Ms. Guertson
1539 Crooked Stick Loop
Lakeland, FL 33801

Nadine Nelsen
132 Forest LN
Safety Harbor, FL 34695

Nancy Brown
4368 Noth Landmark Drive
Orlando, FL 32817

Nancy George
1215 Lois Lane
Saint Johns, MI 48879

Nancy Goodwin
2706 Brianholly Dr
Valrico, FL 33596

Nancy Kinney
11945 143rd St
Largo, FL 33774

Nancy Liesener
4 Frangipani Circle
Largo, FL 33770

Nancy Olinger
27 Palm Forest Dr
Largo, FL 33770

Nancy Reid
4410 Willowrun Ln
Tampa, FL 33624

Natalie Arnold
2815 Lincoln Dr
Clarksville, IN 47129

Nicolo & Marie Titolo
7272 Blue Skies Dr
Spring Hill, FL 34606

Nina  Entrekin
21205 Diamonte Dr
Land O Lakes, FL 34637

Nina Entrekin
21205 Diamonte Dr
Land O Lakes, FL 34637

Noreen Scios
4305 Waterford Landing Dr
Lutz, FL 33558

Norma Miller
1001 Carpenters Way #K302
Lakeland, FL 33809

Norma Voisine
702 Kingswood Pl
Brandon, FL 33511

Norman & Joyce Passig
1106 Wisconsin Ave
Mendota, IL 61342

Norman & Nancy Davis
106 Rockwood Estates
West Gardiner, ME 04345

Norman Stone
3021 Countryside Blvd
Clearwater, FL 33761

Pamela & Daniel Grifka
3107 HUNTINGTON HILLS DR
Lakeland, FL 33810

Pamela Weber
860 Heather Ct
Antioch, IL 60002

Pat & John Novak
5014 Foxcliff Dr
Lakeland, FL 33810

Pat Auman
4200 Meadow Hill Drive
Tampa, FL 33618

Pat Boufford
2 Pindo Palm St E
Largo, FL 33770

Pat Leone
c/o Pat Foor
1 Pindo Palm St E
Largo, FL 33770

Pat Needham
106 Royal Palm Circle
Largo, FL 33778

Patricia Ammendola
7393 Woodhollow Rd
Spring Hill, FL 34606

Patricia Gileland
1100 Curlew Rd Lot 136
Dunedin, FL 34698

Patricia Killoy
21205 Diamonte Dr
Land O Lakes, FL 34637

Patricia Leong
11554 Dover Ct.
Safety Harbor, FL 34695

Patricia Maclellan
6850 Bendelow Dr
Lakeland, FL 33810

Patricia McGillin
1641 S Lake Ave
Clearwater, FL 33756

Patricia Rahn & Charles Mark
35035 Jade Drive
Zephyrhills, FL 33541

Patricia Reed &
Delores Boradney
c/o John Carter, Esq
9500 Koger Blvd, Suite 112
Saint Petersburg, FL 33702

Patricia Walsh
20814 Nectarine Place
Land O Lakes, FL 34637

Paul & Barbara Myles
271 Sago Palm
Largo, FL 33778

Peter & Joan Dougall
601 Queen Palm
Largo, FL 33778

Regina Bryant
4731 CASSANDRA LANE
Lakeland, FL 33810

Paul & Charlene Shively
12645 Morning Drive Lot 158
Dade City, FL 33525

Phillip Hanood
1100 Curlew Rd
Dunedin, FL 34698

Renete Brauchler
60 Ryal Palm Circle
Largo, FL 33778

Paul Cahill
1610 REYNOLDS RD LT 177
Lakeland, FL 33801

Phyllis Lamb
10006 N 25th St
Tampa, FL 33612

Richard & Denisse Daw
363 King Palm St
Largo, FL 33778

Paul Kueber
2221 Fir Lane Court
Clearwater, FL 33763

Phyllis Markel
206 S Lapeer
Standish, MI 48658

Richard & Mariann Viel
4103 Silverado Dr
Liverpool, NY 13090

Paula and Joe Brando
6705 Oak Cluster Circle
Spring Hill, FL 34606

Phyllis Olsson
6406 Wedgewood Dr
Spring Hill, FL 34606

Richard & Marie Gagne
11 Old Elm St
Bellingham, MA 02019

Paula Rind
7219 Naranja St
Zephyrhills, FL 33541

Phyllis Wierzbowski
85 Hickory Branch Ln
Safety Harbor, FL 34695

Richard & Nancy Cross
580 GRAND LEDGE HWY
Grand Ledge, MI 48837

Pauline Lambert
9546 Front Nine Lane
Dade City, FL 33525

Ramona Miller
95 Briarwood Place
Safety Harbor, FL 34695

Richard and Elizabeth Raucci
6372 Rookery Cir
Bradenton, FL 34203

Peggy Herfel
2149 MISSSION HILLS DRIVE
Lakeland, FL 33810

Raymond & Solange Bertrand
900 OLD COMBEE RD
Lot 190
Lakeland, FL 33805

Richard Bryant
4731 CASSANDRA LANE
Lakeland, FL 33809-3716

Peggy Sliger
1642 S Lake Ave
Clearwater, FL 33756

Raymond Lynott &
Charlotte Blake
2629 Blue Ridge Circle
Spring Hill, FL 34606

Richard Gosselin
25 Keewaydin Dr
Alton Bay, NH 03810

Rita Ercoli
1610 REYNOLDS RD LOT 140
Lakeland, FL 33810

Robert & Virginia Mue;;er
8041 Green Pines Tea
Spring Hill, FL 34606

Ronald Steinacher & Russell
& Russell Lapari
141 Pinewood Terrace
Safety Harbor, FL 34695

Robert & Barbara Gault
1001 Carpenters Way
Apt. J-320
Lakeland, FL 33809

Robert and Marsha Bowlby
153 Club View Dr
Safety Harbor, FL 34695

Rosalie Rochford
2036 Sifield Greens Way
Sun City Center, FL 33573

Robert & Cheryl Lamb
525 Armstrong Rd
West Winfield, NY 13491

Robert Rice
7615 Kinnow Ct
Land O Lakes, FL 34637

Rosalind and Mike Lucas
75 Cottagewood Dr
Safety Harbor, FL 34695

Robert & Eileen Pfohl
672 Sugar Palm St.
Largo, FL 33778

Roberta Newberry
8145 Sanguinelli Road
Land O Lakes, FL 34637

Rose Omara
314 Sago Palm St
Largo, FL 33778

Robert & Karla Howser
212 SMITH ST
East Tawas, MI 48730

Roger & Diane Wright
355 Nashville Rd
Saranac, NY 12981

Rowena Betz
6510 Bendelow Dr
Lakeland, FL 33810

Robert & Mary Rice
7615 Kinnow Ct
Land O Lakes, FL 34637

Ron & Bernie Witikiewicz
16 Starkey Point Rd
Dundee, NY 14837

Roxanne Moses
773 Royal Palm Circle
Largo, FL 33778

Robert & Patricia Foor
1 Pindo Palm St E
Largo, FL 33770

Ronald & Barbara Griffiths
6451 State Hwy 51
Burlington Flats, NY 13315

Ruberta Tippett
37549 Rosalita Ave
Zephyrhills, FL 33541

Robert & Sally Beach
617 Queen Palm
Largo, FL 33778

Ronald & Joan Lorenz
2317 Dorchester Court
Spring Hill, FL 34606

Ruth Ann Borrows
6911 Lum Dr
Zephyrhills, FL 33542

Robert & Tina Sammartino
2890 Long Bow Way
Odessa, FL 33556

Ronald Enzinna &
Priscilla Molitor
326 Sago Palm Street
Largo, FL 33778

Ruth Johnson
6133 SWALLOW DR
Lakeland, FL 33809

Ruth Zeigler
12310 Cambridge Ave
Tampa, FL 33624

Sarah Chaney
1001 Carpenters Way #F121
Lakeland, FL 33809

Sharon Parker
5059 Lodgewood Dr
Lakeland, FL 33810

Sally & Eugene Weed
8843 Bluejay rd
Kempton, PA 19529

Saundra & Thomas Beckett
8131 Hidden Hills Dr,
Spring Hill, FL 34606

Sharon Sandifer
637 Pinellas Bay Way S Unit
Saint Petersburg, FL 33715

Sandra & Martin Dietz
359 Mandalay
Largo, FL 33770

Shari Levitats
743 JESSANDA CIRCLE
Lakeland, FL 33809

Sheena Lee & William Steiner
163 Clubview Dr
Safety Harbor, FL 34695

Sandra & Robert Behm
1071 Donegan Rd
Largo, FL 33771

Sharolyn White
6464 SANDPIPER DR APT5
Lakeland, FL 33809

Shelia Remley
12 Sabal Palm
Largo, FL 33770

Sandra Carver
4624 Oak River Cir
Valrico, FL 33596

Sharon Dixon
7313 Cleopatra Dr
Land O Lakes, FL 34637

Shirley Burns
1 Sabal Palm Street
Largo, FL 33770

Sandra Hansen
22 Sunset Dr
Greencastle, IN 46135

Sharon Flory
1333 Woodcrest Ave
Clearwater, FL 33756

Shirley Cole
6430 Marinell Dr
Saginaw, MI 48604

Sandra Koontz
3938 Privet Court
Zephyrhills, FL 33541

Sharon Kant
1730 Foxhill Dr
Lakeland, FL 33810

Shirley Macneil
141 Pindo Palm St W
Largo, FL 33770

Sandra Lewis
c/o Pat Foor
1 Pindo Palm St E
Largo, FL 33770

Sharon Larson
317 Navarra Ln
Davenport, FL 33837

Shirley Munger
7153 Naranja St
Zephyrhills, FL 33541

Sandra Presson
7432 Melogold Cir
Land O Lakes, FL 34637

Sharon Noell
6043 105th Terrace N
Pinellas Park, FL 33782

Shirley Reynolds
3724 Russian Olive Lane
Zephyrhills, FL 33541

Shirley Ripley
2908 Twelve Oaks Dr
Charlotte, MI 48813

Shirley Thorton
2200 Livingston Rd
Land O Lakes, FL 34639

Sigrid Ziotowsky
37605 Lilly Bea Ave
Zephyrhills, FL 33541

Son Hui & Steven Hilmer
2308 Nottingham Greens Dr.
Sun City Center, FL 33573

Sondra Rodgers
7112 Green Abbey Way
Spring Hill, FL 34606

Stanley Kalicki
8450 Tarocco Ct
Land O Lakes, FL 34637

Star to Star
Attn: Vengroff Williams
POB 4155
Sarasota, FL 34230

Stephen & Margaret Gebbett
29081 US Highway 19 N Lot 22
Clearwater, FL 33761

Steve & Susan Potter
2864 Sarah Dr
Clearwater, FL 33759

Steven & Haylie Vidal
12859 114th Street
Largo, FL 33778

Susan & Dean Middagh
2213 Nottingham Greens Dr
Sun City Center, FL 33573

Susan & John Reed
221 Durango Loop St
Davenport, FL 33897

Susan Carter
6133 SWALLOW DR
Lakeland, FL 33809

Susan Zurawski
6785 Erin Circle
Zephyrhills, FL 33542

Sylvia Artz
2314 Fern Cir
Tampa, FL 33604

Ted & Sharon Ward
4961 Foxwood Lake Dr
Lakeland, FL 33810

Terri Epstein
6333 EGRET DR
Lakeland, FL 33809

Terry Holt
4424 West Gray Street
Tampa, FL 33609

Theadore Schweickert
11301 BEACH TREE RD
Springville, NY 14141

Thelma Ellis
1610 REYNOLDS RD
Lakeland, FL 33801

Thomas & Cynthia Trombley
2339 Westchester Blvd
Spring Hill, FL 34606

Thomas and Theresa Smith
4467 100th Ave N
Pinellas Park, FL 33782

Tom & Cynthia Blanton
201 E 1700 N
Summitville, IN 46070

Tom & Marion Stewart
525 EAGLE RUN
Lakeland, FL 33809

Tom Myers
804 GRAND ARBOR WAY
Plant City, FL 33565

Tony & Sandy Tudela
7110 Melogold Cir
Land O Lakes, FL 34637

Vernon & Linda Garrison
2251 Nottingham Greens Dr
Sun City Center, FL 33573

Vernon & Vicki Demmons
48 Sabal Palm Dr
Largo, FL 33770

Wayne & Pam Raymond
94 Pindo Palm St. W
Largo, FL 33770

William & Lee Boutin
21125 Tongor Rd.
Land O Lakes, FL 34637

Vicki Dones
9940 47th Ave N # 104
Saint Petersburg, FL 33708

Wayne & Sharon Wilson
106 S Commercial St
Baileyville, IL 61007

Yedi and Carlos Rosario
4900 Brittany Dr S
Saint Petersburg, FL 33715

Victoria Conrad
546 Plaza Seville Court
Unit 88
Saint Petersburg, FL 33706

Wayne and Maureen Wlodarczyk
64 Cottagewood Dr
Safety Harbor, FL 34695

Yvonne Ciesemier
37 Royal Palm Cir
Largo, FL 33778

Violet Waldron
2051 Plateau Rd
Clearwater, FL 33755

Wells Fargo Merchant Svcs
1655 Grant Street
3rd Floor
Mac A0397-032
Concord, CA 94520

Zofia Braun
1726 Thames St
Clearwater, FL 33755

Virginia Kushner
1311 Country Trails Drive
Safety Harbor, FL 34695

Wesley & Linda Smith
118 GI Road
Altamont, NY 12009

Voctor Bernabe &
Carolyn Hash
20901 Tangor Rd
Land O Lakes, FL 34637

William & Beverly Davisson
32 Pindo Palm St W
Largo, FL 33770

Warren & Judy Groomes
20738 Nectarine Pl
Land O Lakes, FL 34637

William & Christina Hall
88 Thatch Palm Street West
Largo, FL 33770

Wayne & Judy Rudolph
17 Pindo Palm E.
Largo, FL 33770

William & Dolores Bartel
20920 Ruby Red Way
Land O Lakes, FL 34637

Wayne & Marjorie Short
1465 Champion Drive
Lakeland, FL 33801

William & Jan Payson
639 N Edgewater Drive
Plant City, FL 33565

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Advantage Cruises & Tours, Inc.**                                                  Case No. _____

                                                      Debtor(s)              Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **4,985.00** |
| Prior to the filing of this statement I have received | $ **4,985.00** |
| Balance Due | $ **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor         ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor         ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, contested matters, 2004 examinations or any adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 30, 2020**                                  **/s/ Ryan N. Singleton, Esq.**
*Date*                                                 **Ryan N. Singleton, Esq. 0023502**
                                                       *Signature of Attorney*
                                                       **Singleton Legal, PLLC**
                                                       **425 22nd Avenue North**
                                                       **Suite D**
                                                       **Saint Petersburg, FL 33704**
                                                       **727-310-9551**
                                                       **ryan@singletonlegal.com**
                                                       *Name of law firm*

---

# United States Bankruptcy Court
## Middle District of Florida

In re    **Advantage Cruises & Tours, Inc.**                              Case No. _____

                                         Debtor(s)                   Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Advantage Cruises & Tours, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **November 30, 2020** | **/s/ Ryan N. Singleton, Esq.** |
| Date | **Ryan N. Singleton, Esq. 0023502** |
| | Signature of Attorney or Litigant |
| | Counsel for    **Advantage Cruises & Tours, Inc.** |
| | **Singleton Legal, PLLC** |
| | **425 22nd Avenue North** |
| | **Suite D** |
| | **Saint Petersburg, FL 33704** |
| | **727-310-9551** |
| | **ryan@singletonlegal.com** |